ATKINSON

— V —

Morgan Assct

DIANE K. VESCOVO