## PLAINTIFF'S CERTIFICATION

We *Albert R and Patricia A Colombo* hereby state:

1. We have reviewed the complaint against Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Regions Financial Corporation, PricewaterhouseCoopers LLP, and certain individuals, officers and directors associated with the above entities, and authorized the filing of the same or a similar complaint on our behalf.

2. We did not purchase shares of Regions Morgan Keegan Select Intermediate Bond Fund or Regions Morgan Keegan Select High Income Fund at the direction of counsel or in order to participate in this private action.

3. We are willing to serve as representative parties on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The following includes all of our transactions in Regions Morgan Keegan Select Intermediate Bond Fund (MKIBX, RIBCX, RIBIX) or Regions Morgan Keegan Select High Income Fund (MKHIX, RHICX, RHIIX) during the Class Period (December 6, 2004, through October 3, 2007) as defined in the Complaint:

| RHICX PURCHASES | TRADE DATE | PRICE | QUANTITY |
|---|---|---|---|
| | 4/5/2007 | $ 15,000.00 | 1,529 |
| | 4/9/2007 | $ 15,000.00 | 1,529 |
| | 4/30/2007 | $ 233.27 | 24 |
| | 5/2/2007 | $ 1,187.00 | 122 |
| | 5/31/2007 | $ 374.29 | 39 |
| | 6/4/2007 | $ 1,296.79 | 134 |
| | 6/30/2007 | $ 348.34 | 38 |
| | 7/3/2007 | $ 1,151.27 | 125 |
| | 7/31/2007 | $ 361.12 | 37 |
| | 8/31/2007 | $ 380.99 | 61 |
| | 9/10/2007 | $ 7,000.00 | 1,155 |
| | 9/30/2007 | $ 360.98 | 61 |
| | 10/9/2007 | $ 5,359.20 | 924 |

| MKHIX PURCHASES | TRADE DATE | PRICE | QUANTITY |
|---|---|---|---|
| | 3/2/2005 | $ 719.62 | 67 |
| | 4/5/2005 | $ 762.42 | 72 |
| | 5/3/2005 | $ 587.81 | 56 |
| | 5/20/2005 | $ 600.00 | 56 |
| | 6/2/2005 | $ 655.97 | 63 |
| | 6/29/2005 | $ 1,203.07 | 113 |
| | 6/29/2005 | $ 405.79 | 38 |
| | 7/5/2005 | $ 785.11 | 75 |
| | 7/11/2005 | $ 10,209.00 | 957 |
| | 8/2/2005 | $ 782.39 | 75 |
| | 9/2/2005 | $ 821.27 | 78 |
| | 10/4/2005 | $ 790.77 | 76 |
| | 11/2/2005 | $ 684.85 | 66 |
| | 12/2/2005 | $ 674.58 | 65 |
| | 12/20/2005 | $ 9,600.00 | 921 |
| | 12/22/2005 | $ 867.38 | 85 |
| | 12/23/2005 | $ 61.66 | 6 |
| | 12/29/2005 | $ 12,635.57 | 1,221 |
| | 1/5/2006 | $ 775.41 | 76 |
| | 2/2/2006 | $ 878.59 | 86 |
| | 3/2/2006 | $ 849.96 | 83 |
| | 4/4/2006 | $ 936.62 | 91 |
| | 5/2/2006 | $ 899.89 | 87 |
| | 6/2/2006 | $ 999.59 | 97 |
| | 7/5/2006 | $ 872.50 | 86 |
| | 7/31/2006 | $ 815.75 | 80 |
| | 8/31/2006 | $ 832.20 | 82 |
| | 9/30/2006 | $ 866.70 | 85 |
| | 10/31/2006 | $ 897.34 | 88 |
| | 11/30/2006 | $ 856.49 | 84 |
| | 12/20/2006 | $ 538.61 | 53 |
| | 12/31/2006 | $ 806.32 | 80 |
| | 1/31/2007 | $ 786.31 | 77 |
| | 2/28/2007 | $ 803.52 | 79 |
| | 3/6/2007 | $ 22,400.00 | 2,175 |
| | 3/31/2007 | $ 1,124.22 | 115 |

5.   We have filed the following civil actions as a representative party on behalf of a class under the federal securities laws during the last three years:

6.   We will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _1st_ day of _February_, 2008.

_Albert R Colombo_
(signature)

_Albert R. Colombo_
(print name)

_Loudon_
(county of residence)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _1st_ day of _February_, 2008.

_Patricia A. Colombo_
(signature)

_PATRICIA A COLUMBO_
(print name)

_Loudon_
(county of residence)

3



**Morgan Keegan & Company, Inc.**
Morgan Keegan Tower
Fifty Front Street
Memphis, Tennessee 38103

*Albert R. Colombo*
*Patricia A. Colombo*

• client access home » my account » gains/losses •
1/21/2008

## REALIZED GAINS/LOSSES

**Account:** 51297430
Tax Year 2007

| Symbol | Quantity | Purchase Date | Cost | Sales Date | Proceeds | Gain/Loss |
|---|---|---|---|---|---|---|
| RHICX | 1,529 | 4/5/2007 | 15,000.00 | 10/19/2007 | 7,965.99 | (7,034.01) |
| RHICX | 1,529 | 4/9/2007 | 15,000.00 | 10/19/2007 | 7,965.99 | (7,034.01) |
| RHICX | 24 | 4/30/2007 | 233.27 | 10/19/2007 | 124.52 | (108.75) |
| RHICX | 122 | 5/2/2007 | 1,187.00 | 10/19/2007 | 633.61 | (553.39) |
| RHICX | 39 | 5/31/2007 | 374.29 | 10/19/2007 | 201.03 | (173.26) |
| RHICX | 134 | 6/4/2007 | 1,296.79 | 10/19/2007 | 696.49 | (600.30) |
| RHICX | 38 | 6/30/2007 | 348.34 | 10/19/2007 | 197.04 | (151.30) |
| RHICX | 125 | 7/3/2007 | 1,151.27 | 10/19/2007 | 651.23 | (500.04) |
| RHICX | 37 | 7/31/2007 | 316.12 | 10/19/2007 | 191.06 | (125.06) |
| RHICX | 61 | 8/31/2007 | 380.99 | 10/19/2007 | 319.11 | (61.88) |
| RHICX | 1,155 | 9/10/2007 | 7,000.00 | 10/19/2007 | 6,017.87 | (982.13) |
| RHICX | 61 | 9/30/2007 | 360.98 | 10/19/2007 | 316.07 | (44.91) |
| RHICX | 924 | 10/9/2007 | 5,359.20 | 10/19/2007 | 4,813.82 | (545.38) |
| MKHIX | 26 | 11/7/2003 | 275.29 | 8/7/2007 | 190.69 | (84.60) |
| MKHIX | 0 | 12/2/2003 | 1.57 | 8/7/2007 | 1.08 | (0.49) |
| MKHIX | 1 | 12/24/2003 | 7.24 | 8/7/2007 | 5.07 | (2.17) |
| MKHIX | 0 | 12/24/2003 | 0.71 | 8/7/2007 | 0.50 | (0.21) |
| MKHIX | 1,425 | 12/24/2003 | 15,157.67 | 8/1/2007 | 12,223.01 | (2,934.66) |
| MKHIX | 4 | 1/5/2004 | 36.41 | 8/7/2007 | 25.49 | (10.92) |
| MKHIX | 15 | 2/3/2004 | 158.91 | 8/7/2007 | 110.18 | (48.73) |
| MKHIX | 13 | 9/3/2002 | 143.12 | 8/7/2007 | 98.20 | (44.92) |
| MKHIX | 12 | 10/1/2002 | 126.74 | 8/7/2007 | 87.21 | (39.53) |
| MKHIX | 26 | 10/2/2003 | 276.98 | 8/7/2007 | 190.59 | (86.39) |
| MKHIX | 473 | 3/27/2003 | 5,000.00 | 8/7/2007 | 3,443.71 | (1,556.29) |
| MKHIX | 25 | 12/2/2003 | 262.12 | 8/7/2007 | 180.53 | (81.59) |
| MKHIX | 23 | 6/3/2003 | 242.03 | 8/7/2007 | 166.86 | (75.17) |
| MKHIX | 22 | 7/2/2003 | 230.86 | 8/7/2007 | 159.30 | (71.56) |
| MKHIX | 1 | 11/4/2003 | 8.27 | 8/7/2007 | 5.71 | (2.56) |
| MKHIX | 5 | 8/1/2002 | 53.16 | 8/7/2007 | 36.79 | (16.37) |
| MKHIX | 27 | 2/3/2004 | 286.79 | 8/7/2007 | 198.84 | (87.95) |

| | | | | | | |
|---|---|---|---|---|---|---|
| MKHIX | 21 | 8/4/2003 | 223.85 | 8/7/2007 | 155.80 | (68.05) |
| MKHIX | 23 | 9/3/2003 | 241.97 | 8/7/2007 | 168.57 | (73.40) |
| MKHIX | 14 | 11/4/2002 | 142.89 | 8/7/2007 | 99.64 | (43.25) |
| MKHIX | 81 | 12/24/2003 | 846.20 | 8/7/2007 | 592.34 | (253.86) |
| MKHIX | 8 | 12/24/2003 | 83.08 | 8/7/2007 | 58.15 | (24.93) |
| MKHIX | 27 | 1/5/2004 | 276.71 | 8/7/2007 | 193.70 | (83.01) |
| MKHIX | 13 | 3/4/2003 | 136.38 | 8/7/2007 | 95.56 | (40.82) |
| MKHIX | 17 | 5/2/2003 | 175.53 | 8/7/2007 | 122.99 | (52.54) |
| MKHIX | 13 | 12/3/2002 | 138.88 | 8/7/2007 | 97.68 | (41.20) |
| MKHIX | 5 | 12/30/2002 | 47.95 | 8/7/2007 | 33.73 | (14.22) |
| MKHIX | 14 | 1/3/2003 | 142.69 | 8/7/2007 | 100.36 | (42.33) |
| MKHIX | 13 | 2/4/2003 | 138.40 | 8/7/2007 | 97.54 | (40.86) |
| MKHIX | 14 | 4/2/2003 | 144.39 | 8/7/2007 | 101.76 | (42.63) |
| MKHIX | 33 | 3/2/2004 | 353.86 | 8/7/2007 | 242.57 | (111.29) |
| MKHIX | 44 | 4/5/2004 | 472.06 | 8/1/2007 | 379.60 | (92.46) |
| MKHIX | 44 | 5/4/2004 | 460.97 | 8/7/2007 | 318.70 | (142.27) |
| MKHIX | 54 | 6/2/2004 | 569.63 | 8/7/2007 | 394.19 | (175.44) |
| MKHIX | 49 | 7/2/2004 | 517.78 | 8/7/2007 | 357.97 | (159.81) |
| MKHIX | 49 | 8/3/2004 | 516.17 | 8/7/2007 | 358.22 | (157.95) |
| MKHIX | 49 | 9/2/2004 | 520.06 | 8/7/2007 | 357.85 | (162.21) |
| MKHIX | 67 | 3/2/2005 | 719.62 | 8/1/2007 | 578.66 | (140.96) |
| MKHIX | 72 | 4/5/2005 | 762.42 | 8/7/2007 | 524.12 | (238.30) |
| MKHIX | 56 | 5/3/2005 | 587.81 | 8/7/2007 | 409.11 | (178.70) |
| MKHIX | 56 | 5/20/2005 | 600.00 | 8/1/2007 | 482.93 | (117.07) |
| MKHIX | 63 | 6/2/2005 | 655.97 | 8/7/2007 | 456.54 | (199.43) |
| MKHIX | 75 | 7/5/2005 | 785.11 | 8/7/2007 | 548.52 | (236.59) |
| MKHIX | 957 | 7/11/2005 | 10,209.00 | 8/1/2007 | 8,209.30 | (1,999.70) |
| MKHIX | 75 | 8/2/2005 | 782.39 | 8/7/2007 | 542.97 | (239.42) |
| MKHIX | 78 | 9/2/2005 | 821.27 | 8/7/2007 | 568.33 | (252.94) |
| MKHIX | 76 | 10/4/2005 | 790.77 | 8/7/2007 | 553.01 | (237.76) |
| MKHIX | 66 | 11/2/2005 | 684.85 | 8/7/2007 | 482.18 | (202.67) |
| MKHIX | 65 | 12/2/2005 | 674.58 | 8/7/2007 | 476.33 | (198.25) |
| MKHIX | 85 | 12/22/2005 | 867.38 | 8/7/2007 | 619.68 | (247.70) |
| MKHIX | 921 | 12/20/2005 | 9,600.00 | 8/7/2007 | 6,707.10 | (2,892.90) |
| MKHIX | 6 | 12/23/2005 | 61.66 | 8/7/2007 | 43.08 | (18.58) |
| MKHIX | 1,221 | 12/29/2005 | 12,635.57 | 8/7/2007 | 8,887.63 | (3,747.94) |
| MKHIX | 76 | 1/5/2006 | 775.41 | 8/7/2007 | 555.06 | (220.35) |
| MKHIX | 86 | 2/2/2006 | 878.59 | 8/7/2007 | 624.62 | (253.97) |

| | | | | | | |
|---|---|---|---|---|---|---|
| MKHIX | 83 | 3/2/2006 | 849.96 | 8/7/2007 | 607.83 | (242.13) |
| MKHIX | 91 | 4/4/2006 | 936.62 | 8/7/2007 | 665.23 | (271.39) |
| MKHIX | 87 | 5/2/2006 | 899.89 | 8/7/2007 | 635.42 | (264.47) |
| MKHIX | 97 | 6/2/2006 | 999.59 | 8/7/2007 | 707.88 | (291.71) |
| MKHIX | 86 | 7/5/2006 | 872.50 | 8/7/2007 | 623.34 | (249.16) |
| MKHIX | 80 | 7/31/2006 | 815.75 | 8/7/2007 | 583.94 | (231.81) |
| MKHIX | 82 | 8/31/2006 | 832.20 | 8/7/2007 | 595.72 | (236.48) |
| MKHIX | 85 | 9/30/2006 | 866.70 | 8/7/2007 | 619.80 | (246.90) |
| MKHIX | 88 | 10/31/2006 | 897.34 | 8/7/2007 | 641.08 | (256.26) |
| MKHIX | 84 | 11/30/2006 | 856.49 | 8/7/2007 | 610.10 | (246.39) |
| MKHIX | 113 | 6/29/2005 | 1,203.07 | 8/1/2007 | 966.51 | (236.56) |
| MKHIX | 53 | 12/20/2006 | 538.61 | 8/7/2007 | 386.31 | (152.30) |
| MKHIX | 80 | 12/31/2006 | 806.32 | 8/7/2007 | 578.90 | (227.42) |
| MKHIX | 77 | 1/31/2007 | 786.31 | 8/7/2007 | 563.97 | (222.34) |
| MKHIX | 79 | 2/28/2007 | 803.52 | 8/7/2007 | 575.75 | (227.77) |
| MKHIX | 2,175 | 3/6/2007 | 22,400.00 | 8/7/2007 | 15,832.23 | (6,567.77) |
| MKHIX | 115 | 3/31/2007 | 1,124.22 | 8/7/2007 | 834.28 | (289.94) |
| MKHIX | 38 | 6/29/2005 | 405.79 | 8/1/2007 | 326.00 | (79.79) |
| MKHIX | 314 | 12/24/2003 | 3,342.33 | 8/7/2007 | 2,286.86 | (1,055.47) |
| **Totals:** | | | $159,555.18 | | $111,454.83 | $(48,100.35) |

Export Data

INVESTMENT PRODUCTS OFFERED BY MORGAN KEEGAN:

NOT FDIC INSURED ~ NOT BANK GUARANTEED ~ MAY LOSE VALUE
Copyright © 2008 Morgan Keegan & Co., Inc. All rights reserved. This page last viewed Monday, January 21, 2008
If you have any questions or comments, please call 877/365-3638 during the hours of 7:00 a.m. to 5:00 p.m. CT,
Monday through Friday or contact mkclient@morgankeegan.com.

System access and response time may vary due to market volatility, system performance and other factors.