## PLAINTIFF'S CERTIFICATION

Harvey Berkey, hereby states:

1. I have reviewed a draft of a complaint against Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Regions Financial Corporation, PricewaterhouseCoopers LLP, and certain individuals, officers and directors associated with the above entities, and authorized the filing of the same or a similar complaint on my behalf.

2. I did not purchase shares of Regions Morgan Keegan Select Intermediate Bond Fund and Regions Morgan Keegan Select High Income Bond Fund at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The following includes all of my transactions in Regions Morgan Keegan Select Intermediate Bond Fund and Regions Morgan Keegan Select High Income Bond Fund since the beginning of the Class Period (which commenced on December 6, 2004):

### Select High Income

| TRANSACTION | TRADE DATE | PURCHASE PRICE | QUANTITY | TOTAL PRICE |
|---|---|---|---|---|
| Purchase | 12/9/2004 | $10.77 | 9,285.05 | $100,000.00 |
| Purchase | 12/23/2004 | $10.70 | 23,573.260 | $252,233.88 |
| **Total Purchases** | | | **32,858.31** | **$352,233.88** |
| **Sales of Class-Period Purchases** | 8/17/2007 | $6.31 | 32,858.31 | $207,335.93 |
| **Total Loss on Class-Period Purchases** | | | | **($144,897.95)** |
| | | | | |
| **Total Cost Pre-Class Period Purchases** | | | 51,934.16 | $539,648.18 |
| Sale of Pre-Class Purchases Aug./Nov. 2007 | | | 51,934.16 | $327,556.48 |
| **Total Loss on Pre-Class Purchases** | | | | **($212,091.70)** |

### Select Intermediate Bond

| TRANSACTION | TRADE DATE | QUANTITY | PURCHASE PRICE | TOTAL PRICE |
|---|---|---|---|---|
| Purchase | 12/2/2002 | 6,742.98 | $10.23 | $62,842.70 |
| Purchase | 1/14/2003 | 9,699.321 | $10.31 | $100,000.00 |
| Purchase | 1/23/2003 | 19,305.019 | $10.36 | $200,000.00 |
| Purchase | 12/24/2003 | 86.68 | $10.09 | $874.00 |

APPERSON CRUMP
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| **Total Purchases** | | 35,834.00 | | $363,716.70 |
| Sale | 8/17/2007 | 35,753.000 | $7.88 | $281,733.64 |
| Sale | 11/12/2007 | 80.939 | $5.86 | $474.30 |
| **Total Sales** | | 35,834.00 | | $282,207.94 |
| **Total Pre-Class Purchases** | | 35,834.00 | | $363,716.70 |
| **Sale of Pre-Class Purchases** | | | | $282,207.94 |
| **Total Loss on Pre-Class Purchases** | | | | ($81,508.76) |

5. I have filed the following civil actions as a representative party on behalf of a class under the federal securities laws during the last three years:

NONE

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct,

Executed this 28th day of January, 2008.

*/s/ Harvey Berkey*
HARVEY BERKEY
~~Shelby County, Tennessee~~
Englewood, NJ 07631

APPERSON CRUMP
ATTORNEYS AT LAW