## PLAINTIFF'S CERTIFICATION

Patricia B. Atkinson, hereby states:

1. I have reviewed a draft of a complaint against Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Regions Financial Corporation, PricewaterhouseCoopers LLP, and certain individuals, officers and directors associated with the above entities, and authorized the filing of the same or a similar complaint on my behalf.

2. I did not purchase shares issued by Morgan Keegan Select Fund, Inc. at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The following includes all of my transactions in shares issued by Morgan Keegan Select Fund, Inc. since the beginning of the Class Period (which commenced on December 6, 2004):

**RMK Select Intermediate Bond**

| TRANSACTION | TRADE DATE | (SHARES) QUANTITY | TOTAL PRICE |
|---|---|---|---|
| **Class-Period** | | | |
| Purchases | 12/15/04-11/2/07 | 10,984.20 | $108,468.89 |
| Sold | 12/5/06-11/2/07 | 10,984.20 | $68,257.54 |
| **CLASS-PERIOD LOSS** | | | ($40,211.35) |
| | | | |
| **Pre-Class** | | | |
| Purchases | 2/18/02-12/2/04 | 9,852.60 | $99,718.85 |
| Sold | 12/5/06-11/2/07 | 9,852.60 | $60,166.78 |
| **PRE-CLASS LOSS** | | | ($39,552.07) |
| | | | |
| **TOTAL LOSS** | | | ($79,763.42) |

5. I have filed the following civil actions as a representative party on behalf of a class under the federal securities laws during the last three years:

NONE

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct,

Executed this _2_ day of February, 2008.

PATRICIA B. ATKINSON

APPERSON CRUMP
ATTORNEYS AT LAW