# PLAINTIFF'S CERTIFICATION

Pete Aviotti, Jr., hereby states:

1. I have reviewed a draft of a complaint against Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Regions Financial Corporation, PricewaterhouseCoopers LLP, and certain individuals, officers and directors associated with the above entities, and authorized the filing of the same or a similar complaint on my behalf.

2. I did not purchase shares issued by Morgan Keegan Select Fund, Inc. at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The following includes all of my transactions in shares issued by Morgan Keegan Select Fund, Inc. since the beginning of the Class Period (which commenced on December 6, 2004):

## RMK Select High Income Class-C RHICX

| TRANSACTION | TRADE DATE | PURCHASE PRICE | QUANTITY | TOTAL PRICE |
|---|---|---|---|---|
| **Class-Period Purchases RHICX** | | | | |
| Purchase | 1/20/2005 | $10.69 | 121.16 | $1,295.23 |
| Purchase | 1/20/2005 | $10.69 | 2,404.56 | $25,704.77 |
| Purchase | 2/2/2005 | $10.69 | 23.28 | $248.90 |
| Purchase | 3/2/2005 | $10.68 | 41.77 | $439.77 |
| Purchase | 4/5/2005 | $10.60 | 42.45 | $449.96 |
| Purchase | 5/3/2005 | $10.47 | 34.28 | $358.86 |
| Purchase | 6/2/2005 | $10.47 | 37.51 | $392.71 |
| Purchase | 7/5/2005 | $10.42 | 44.18 | $460.36 |
| Purchase | 8/2/2005 | $10.50 | 37.71 | $395.93 |
| Purchase | 9/2/2005 | $10.53 | 38.01 | $400.23 |
| Purchase | 10/4/2005 | $10.41 | 39.55 | $411.76 |
| Purchase | 11/2/2005 | $10.34 | 38.98 | $403.08 |
| Purchase | 11/28/2005 | $10.33 | 1,574.48 | $16,264.41 |
| Purchase | 11/28/2005 | $10.33 | 1,821.51 | $18,816.20 |
| Purchase | 12/2/2005 | $10.32 | 38.47 | $397.00 |
| Purchase | 12/22/2005 | $10.20 | 52.47 | $535.16 |
| Purchase | 1/5/2006 | $10.17 | 42.10 | $428.12 |
| Purchase | 2/2/2006 | $10.24 | 39.26 | $401.98 |
| Purchase | 3/2/2006 | $10.18 | 38.30 | $389.87 |
| Purchase | 4/4/2006 | $10.25 | 41.87 | $429.18 |
| Purchase | 5/2/2006 | $10.32 | 39.90 | $411.72 |
| Purchase | 6/2/2006 | $10.28 | 44.59 | $458.42 |
| Purchase | 7/5/2006 | $10.19 | 39.41 | $401.58 |
| Purchase | 7/31/2006 | $10.17 | 36.93 | $375.56 |

| Transaction | Date | Price | Quantity | Total |
|---|---|---|---|---|
| Purchase | 8/1/2006 | $10.17 | 2,931.81 | $29,816.52 |
| Purchase | 8/31/2006 | $10.17 | 3.28 | $33.38 |
| Purchase | 8/31/2006 | $10.17 | 55.95 | $568.98 |
| Purchase | 9/30/2006 | $10.18 | 62.51 | $636.30 |
| Purchase | 10/10/2006 | $10.18 | 949.85 | $9,669.44 |
| Purchase | 10/10/2006 | $10.18 | 1,881.19 | $19,150.53 |
| Purchase | 10/31/2006 | $10.19 | 80.01 | $815.29 |
| Purchase | 11/30/2006 | $10.23 | 82.89 | $847.94 |
| Purchase | 12/20/2006 | $10.15 | 72.06 | $731.39 |
| Purchase | 12/31/2006 | $10.14 | 86.58 | $877.92 |
| Purchase | 1/31/2007 | $10.16 | 100.17 | $1,017.68 |
| Purchase | 2/28/2007 | $10.16 | 102.80 | $1,044.46 |
| Purchase | 3/31/2007 | $9.81 | 123.26 | $1,209.21 |
| Purchase | 4/30/2007 | $9.76 | 126.11 | $1,230.79 |
| Purchase | 5/31/2007 | $9.70 | 140.43 | $1,362.13 |
| Purchase | 6/14/2007 | $9.63 | 2,652.71 | $25,545.61 |
| Purchase | 6/14/2007 | $9.63 | 4,153.67 | $40,000.00 |
| Purchase | 6/30/2007 | $9.21 | 149.81 | $1,379.72 |
| Purchase | 7/31/2007 | $8.62 | 151.64 | $1,307.12 |
| Purchase | 8/31/2007 | $6.22 | 153.30 | $953.54 |
| Purchase | 9/30/2007 | $5.95 | 108.23 | $643.98 |
| | | | 20,880.99 | $209,112.69 |

| | | | | |
|---|---|---|---|---|
| Class-Period Sales 3/8/2007-10/23/07 | | avg. $6.04 | 20,880.99 | $126,094.74 |
| **Loss on Class-Period Purchases RHICX** | | | | ($83,017.95) |

**Pre-Class Purchases RHICX**

| | | | | |
|---|---|---|---|---|
| Pre-Class Purchases RHICX 10/1/02-10/5/04 | | avg. 10.54 | 38,749.34 | $408,404.51 |
| Pre-Class Unit Sales 3/8/07-10/23/07 | | avg. $7.76 | 38,749.34 | $300,809.08 |
| **Loss on Pre-Class Purchases RHICX** | | | | ($107,595.43) |

**Total Loss Class-Period and Pre-Class RHICX** ($190,613.38)


### RMK Select Intermediate MKIBX and RIBCX

| TRANSACTION | TRADE DATE | PURCHASE PRICE | QUANTITY | TOTAL PRICE |
|---|---|---|---|---|
| Purchase | 2/14/2006 | $9.87 | 2,962.07 | $29,235.66 |
| Purchase | 2/14/2006 | $9.87 | 9,195.98 | $90,764.34 |
| Purchase | 3/2/2006 | $9.89 | 30.79 | $304.48 |
| Purchase | 4/4/2006 | $9.86 | 57.76 | $569.48 |
| Purchase | 5/2/2006 | $9.87 | 58.34 | $575.83 |
| Purchase | 6/2/2006 | $9.87 | 66.56 | $656.91 |
| Purchase | 7/5/2006 | $9.83 | 64.20 | $631.09 |
| Purchase | 7/31/2006 | $9.85 | 69.90 | $688.49 |
| Purchase | 8/1/2006 | $9.85 | 2,359.56 | $23,241.70 |
| Purchase | 8/31/2006 | $9.90 | 79.53 | $787.39 |

| | | | | |
|---|---|---|---|---|
| Purchase | 9/30/2006 | $9.92 | 76.32 | $757.08 |
| Purchase | 10/10/2006 | $9.91 | 1,026.33 | $10,170.90 |
| Purchase | 10/10/2006 | $9.91 | 6,111.66 | $60,566.57 |
| Purchase | 10/31/2006 | $9.94 | 104.34 | $1,037.09 |
| Purchase | 11/30/2006 | $9.99 | 109.79 | $1,096.78 |
| Purchase | 12/31/2006 | $9.92 | 119.14 | $1,181.86 |
| Purchase | 1/31/2007 | $9.90 | 118.76 | $1,175.70 |
| Purchase | 2/6/2007 | $10.06 | 23,611.85 | $237,535.16 |
| Purchase | 2/6/2007 | $10.02 | 19,442.16 | $194,810.50 |
| Purchase | 2/28/2007 | $9.95 | 177.78 | $1,768.94 |
| Purchase | 2/28/2007 | $9.95 | 109.55 | $1,089.99 |
| Purchase | 3/31/2007 | $9.84 | 246.43 | $2,424.89 |
| Purchase | 3/31/2007 | $9.84 | 120.04 | $1,181.20 |
| Purchase | 4/30/2007 | $9.81 | 242.48 | $2,378.75 |
| Purchase | 4/30/2007 | $9.81 | 112.64 | $1,104.97 |
| Purchase | 5/31/2007 | $9.66 | 258.05 | $2,492.78 |
| Purchase | 5/31/2007 | $9.66 | 119.93 | $1,158.72 |
| Purchase | 6/30/2007 | $9.45 | 252.87 | $2,392.13 |
| Purchase | 6/30/2007 | $9.45 | 117.64 | $1,111.73 |
| Purchase | 7/31/2007 | $9.24 | 264.74 | $2,448.85 |
| Purchase | 7/31/2007 | $9.24 | 123.20 | $1,138.33 |
| Purchase | 8/31/2007 | $7.75 | 347.34 | $2,695.39 |
| Purchase | 8/31/2007 | $7.75 | 163.35 | $1,265.94 |
| Purchase | 9/30/2007 | $7.40 | 355.24 | $2,632.29 |
| Purchase | 9/30/2007 | $7.40 | 167.55 | $1,239.86 |
| **Total Purchases of MKIBX and RIBCX** | | | 68,843.85 | $684,311.77 |
| Sale | 3/22/2007 | $9.90 | 1,545.45 | $15,300.00 |
| Sale | 10/17/2007 | $7.08 | 15,536.72 | $110,000.00 |
| Sale | 10/17/2007 | $7.08 | 29,661.02 | $210,000.00 |
| Sale | 10/22/2007 | $6.69 | 6,562.73 | $43,904.66 |
| Sale | 10/22/2007 | $6.69 | 15,537.93 | $103,948.76 |
| **Total Sales of MKIBX and RIBCX** | | | 68,843.85 | $483,153.42 |

**Loss on MKIBX and RIBCX**                                ($201,158.35)

**COMBINED TOTAL CLASS-PERIOD LOSS**         ($284,176.30)

**PRE-CLASS LOSS**                                              ($107,595.43)

**COMBINED TOTAL LOSS**                                  ($391,771.73)

5. I have filed the following civil actions as a representative party on behalf of a class under the federal securities laws during the last three years:
   NONE

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court,

including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct,

Executed this _____ day of _____, 2008.

_____<br>Pete Aviotti, Jr.

## PLAINTIFF'S CERTIFICATION

Pete Aviotti, Jr., hereby states:

1. I have reviewed a draft of a complaint against Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Regions Financial Corporation, PricewaterhouseCoopers LLP, and certain individuals, officers and directors associated with the above entities, and authorized the filing of the same or a similar complaint on my behalf.

2. I did not purchase shares issued by Morgan Keegan Select Fund, Inc. at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The following includes all of my transactions in shares issued by Morgan Keegan Select Fund, Inc. since the beginning of the Class Period (which commenced on December 6, 2004):

**RMK Select High Income Class-C RHICX**

| TRANSACTION | TRADE DATE | PURCHASE PRICE | QUANTITY | TOTAL PRICE |
|---|---|---|---|---|
| Class-Period Purchases RHICX | | | | |
| Purchase | 1/20/2005 | $10.69 | 121.16 | $1,295.23 |
| Purchase | 1/20/2005 | $10.69 | 2,404.56 | $25,704.77 |
| Purchase | 2/2/2005 | $10.69 | 23.28 | $248.90 |
| Purchase | 3/2/2005 | $10.68 | 41.77 | $439.77 |
| Purchase | 4/5/2005 | $10.60 | 42.45 | $449.96 |
| Purchase | 5/3/2005 | $10.47 | 34.28 | $358.86 |
| Purchase | 6/2/2005 | $10.47 | 37.51 | $392.71 |
| Purchase | 7/5/2005 | $10.42 | 44.18 | $460.36 |
| Purchase | 8/2/2005 | $10.50 | 37.71 | $395.93 |
| Purchase | 9/2/2005 | $10.53 | 38.01 | $400.23 |
| Purchase | 10/4/2005 | $10.41 | 39.55 | $411.76 |
| Purchase | 11/2/2005 | $10.34 | 38.98 | $403.08 |
| Purchase | 11/28/2005 | $10.33 | 1,574.48 | $16,264.41 |
| Purchase | 11/28/2005 | $10.33 | 1,821.51 | $18,816.20 |
| Purchase | 12/2/2005 | $10.32 | 38.47 | $397.00 |
| Purchase | 12/22/2005 | $10.20 | 52.47 | $535.16 |
| Purchase | 1/5/2006 | $10.17 | 42.10 | $428.12 |
| Purchase | 2/2/2006 | $10.24 | 39.26 | $401.98 |
| Purchase | 3/2/2006 | $10.18 | 38.30 | $389.87 |
| Purchase | 4/4/2006 | $10.25 | 41.87 | $429.18 |
| Purchase | 5/2/2006 | $10.32 | 39.90 | $411.72 |
| Purchase | 6/2/2006 | $10.28 | 44.59 | $458.42 |
| Purchase | 7/5/2006 | $10.19 | 39.41 | $401.58 |
| Purchase | 7/31/2006 | $10.17 | 36.93 | $375.56 |

| Transaction | Trade Date | Purchase Price | Quantity | Total Price |
|---|---|---|---|---|
| Purchase | 8/1/2006 | $10.17 | 2,931.81 | $29,816.52 |
| Purchase | 8/31/2006 | $10.17 | 3.28 | $33.38 |
| Purchase | 8/31/2006 | $10.17 | 55.95 | $568.98 |
| Purchase | 9/30/2006 | $10.18 | 62.51 | $636.30 |
| Purchase | 10/10/2006 | $10.18 | 949.85 | $9,669.44 |
| Purchase | 10/10/2006 | $10.18 | 1,881.19 | $19,150.53 |
| Purchase | 10/31/2006 | $10.19 | 80.01 | $815.29 |
| Purchase | 11/30/2006 | $10.23 | 82.89 | $847.94 |
| Purchase | 12/20/2006 | $10.15 | 72.06 | $731.39 |
| Purchase | 12/31/2006 | $10.14 | 86.58 | $877.92 |
| Purchase | 1/31/2007 | $10.16 | 100.17 | $1,017.68 |
| Purchase | 2/28/2007 | $10.16 | 102.80 | $1,044.46 |
| Purchase | 3/31/2007 | $9.81 | 123.26 | $1,209.21 |
| Purchase | 4/30/2007 | $9.76 | 128.11 | $1,250.79 |
| Purchase | 5/31/2007 | $9.70 | 140.43 | $1,362.13 |
| Purchase | 6/14/2007 | $9.63 | 2,652.71 | $25,545.61 |
| Purchase | 6/14/2007 | $9.63 | 4,153.67 | $40,000.00 |
| Purchase | 6/30/2007 | $9.21 | 149.81 | $1,379.72 |
| Purchase | 7/31/2007 | $8.62 | 151.64 | $1,307.12 |
| Purchase | 8/31/2007 | $6.22 | 153.30 | $953.54 |
| Purchase | 9/30/2007 | $5.95 | 108.23 | $643.98 |
|  |  |  | 20,880.99 | $209,112.69 |
| Class-Period Sales 3/8/2007-10/23/07 |  | avg. $6.04 | 20,880.99 | $126,094.74 |
| Loss on Class-Period Purchases RHICX |  |  |  | ($83,017.95) |
| **Pre-Class Purchases RHICX** |  |  |  |  |
| Pre-Class Purchases RHICX 10/1/02-10/5/04 |  | avg. 10.54 | 38,749.34 | $408,404.51 |
| Pre-Class Unit Sales 3/8/07-10/23/07 |  | avg. $7.76 | 38,749.34 | $300,809.08 |
| Loss on Pre-Class Purchases RHICX |  |  |  | ($107,595.43) |
| Total Loss Class-Period and Pre-Class RHICX |  |  |  | ($190,613.38) |

### RMK Select Intermediate MKIBX and RIBCX

| Transaction | Trade Date | Purchase Price | Quantity | Total Price |
|---|---|---|---|---|
| Purchase | 2/14/2006 | $9.87 | 2,962.07 | $29,235.68 |
| Purchase | 2/14/2006 | $9.87 | 9,195.98 | $90,764.34 |
| Purchase | 3/2/2006 | $9.89 | 30.79 | $304.48 |
| Purchase | 4/4/2006 | $9.86 | 57.76 | $569.48 |
| Purchase | 5/2/2006 | $9.87 | 58.34 | $575.83 |
| Purchase | 6/2/2006 | $9.87 | 66.56 | $656.91 |
| Purchase | 7/5/2006 | $9.83 | 64.20 | $631.09 |
| Purchase | 7/31/2006 | $9.85 | 69.90 | $688.49 |
| Purchase | 8/1/2006 | $9.85 | 2,359.56 | $23,241.70 |
| Purchase | 8/31/2006 | $9.90 | 79.53 | $787.39 |

| | | | | |
|---|---|---|---|---|
| Purchase | 9/30/2006 | $9.92 | 76.32 | $757.08 |
| Purchase | 10/10/2006 | $9.91 | 1,026.33 | $10,170.90 |
| Purchase | 10/10/2006 | $9.91 | 6,111.66 | $60,566.57 |
| Purchase | 10/31/2006 | $9.94 | 104.34 | $1,037.09 |
| Purchase | 11/30/2006 | $9.99 | 109.79 | $1,096.76 |
| Purchase | 12/31/2006 | $9.92 | 119.14 | $1,181.86 |
| Purchase | 1/31/2007 | $9.90 | 118.76 | $1,175.70 |
| Purchase | 2/6/2007 | $10.06 | 23,611.85 | $237,535.18 |
| Purchase | 2/6/2007 | $10.02 | 19,442.16 | $194,810.50 |
| Purchase | 2/28/2007 | $9.95 | 177.78 | $1,768.94 |
| Purchase | 2/28/2007 | $9.95 | 109.55 | $1,089.99 |
| Purchase | 3/31/2007 | $9.84 | 246.43 | $2,424.89 |
| Purchase | 3/31/2007 | $9.84 | 120.04 | $1,181.20 |
| Purchase | 4/30/2007 | $9.81 | 242.49 | $2,378.75 |
| Purchase | 4/30/2007 | $9.81 | 112.64 | $1,104.97 |
| Purchase | 5/31/2007 | $9.66 | 258.05 | $2,492.78 |
| Purchase | 5/31/2007 | $9.66 | 119.93 | $1,158.72 |
| Purchase | 6/30/2007 | $9.45 | 252.87 | $2,392.13 |
| Purchase | 6/30/2007 | $9.45 | 117.64 | $1,111.73 |
| Purchase | 7/31/2007 | $9.24 | 264.74 | $2,448.85 |
| Purchase | 7/31/2007 | $9.24 | 123.20 | $1,138.33 |
| Purchase | 8/31/2007 | $7.75 | 347.34 | $2,695.39 |
| Purchase | 8/31/2007 | $7.75 | 163.35 | $1,265.94 |
| Purchase | 9/30/2007 | $7.40 | 355.24 | $2,632.29 |
| Purchase | 9/30/2007 | $7.40 | 167.55 | $1,239.86 |
| **Total Purchases of MKIBX and RIBCX** | | | **68,843.85** | **$684,311.77** |
| | | | | |
| Sale | 3/22/2007 | $9.90 | 1,545.45 | $15,300.00 |
| Sale | 10/17/2007 | $7.08 | 15,536.72 | $110,000.00 |
| Sale | 10/17/2007 | $7.08 | 29,661.02 | $210,000.00 |
| Sale | 10/22/2007 | $6.69 | 6,562.73 | $43,904.66 |
| Sale | 10/22/2007 | $6.69 | 15,537.93 | $103,948.76 |
| **Total Sales of MKIBX and RIBCX** | | | **68,843.85** | **$483,153.42** |

| | |
|---|---|
| Loss on MKIBX and RIBCX | ($201,158.35) |
| COMBINED TOTAL CLASS-PERIOD LOSS | ($284,176.30) |
| PRE-CLASS LOSS | ($107,595.43) |
| COMBINED TOTAL LOSS | ($391,771.73) |

5. I have filed the following civil actions as a representative party on behalf of a class under the federal securities laws during the last three years:
NONE

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court,

including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4 day of Feb., 2008.

Pete Aviotti, Jr.