**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| RICHARD A. ATKINSON, M.D., PATRICIA B. ATKINSON, PETE AVIOTTI, JR., DIANA W. CRUMP, FRANK D. TUTOR, GWENDOLYN T. TUTOR, H. AUSTIN LANDERS, JEANETTE H. LANDERS, ALABAMA ELKS TRUST, INC., FRED KRIMM, JONATHAN M. BLOOM, TODD R. LEREN, BRENDA BLATT, DAJALIS, LTD., HARVEY BERKEY, LARRY D. SHAW, NOAH B. KIMBALL, M.D., ROBERT L. SUMMIT, JR., M.D., CHARLES B. ANDERSON, M.D., ANDREA L. ANDERSON, ELROY N. SCHULER, LISBETH R. SCHULER, JAMES H. FRAZIER, LLOYD R. THOMAS, M.D., ALBERT R. COLOMBO and PATRICIA A. COLOMBO, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:07-cv-02784-dkv<br>Magistrate Judge Diane K. Vescovo |
| Plaintiffs, | |
| v. | |
| MORGAN ASSET MANAGEMENT, INC., MORGAN KEEGAN & COMPANY, INC., MK HOLDING, INC., REGIONS FINANCIAL CORPORATION, REGIONS BANK, ALLEN B. MORGAN, JR., J. KENNETH ALDERMAN, WILLIAM JEFFERIES MANN, JACK R. BLAIR, ALBERT C. JOHNSON, JAMES STILLMAN R. MCFADDEN, W. RANDALL PITTMAN, MARY S. STONE, ARCHIE W. WILLIS, III, CARTER E. ANTHONY, BRIAN B. SULLIVAN, JOSEPH C. WELLER, J. THOMPSON WELLER, CHARLES D. MAXWELL, DAVID M. GEORGE, MICHELE F. WOOD, JAMES C. KELSOE, JR., DAVID H. TANNEHILL, AND PRICEWATERHOUSE-COOPERS,LLP, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this 4th day of February, 2008, a true and correct copy of the foregoing First Amended Complaint has been served by electronic means via e-mail transmission or by U.S. mail, postage prepaid to the following:

Shepherd D. Tate, Esq.
Michael A. Brady, Esq.
Matthew M. Curley, Esq.
Michael L. Dagley, Esq.
Bass, Berry, & Sims, PLC
100 Peabody Place, Suite 900
Memphis, TN 38103-3672

Theodore Whitehouse, Esq.
Joseph Davis, Esq.
Willkie Farr & Gallagher
1875 K Street NW
Washington, DC 20006

Peter J. Anderson, Esq.
S. Lawrence Polk, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
David B. Tulchin, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Jeffrey Maletta, Esq.
K & L Gates
1601 K Street NW
Washington, DC 20006

Emily Nicklin, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601-6636

s/Jerome A. Broadhurst
Jerome A. Broadhurst