**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

| | |
|---|---|
| IN RE:  REGIONS MORGAN KEEGAN CLOSED-END FUND LITIGATION | Master File No. 2:07-cv-02830-SHM-dkv |

## NOTICE OF CHANGE OF FIRM NAME AND OFFICE ADDRESS

PLEASE TAKE NOTICE that effective January 1, 2009, Berman DeValerio Pease Tabacco Burt & Pucillo will change its name to Berman DeValerio.

The firm's address, telephone and facsimile numbers will remain the same for the office in Boston.

The firm's address, telephone and facsimile numbers will remain the same for the office in San Francisco, with the exception that the suite number will be changed to 2100.

The office located in West Palm Beach will be located at:

> 4280 Professional Center Drive, Suite 350
> Palm Beach Gardens, FL  33410
> Tel:  (561) 835-9400
> Fax: (561) 835-0322

Dated: January 29, 2009            Respectfully submitted,

**LAW OFFICES OF WILLIAM M. JETER, PLLC**

  /s/ William M. Jeter
WILLIAM M. JETER, #4579
35 Union Avenue, Suite 300
Memphis, Tennessee 38103
Phone: (901) 544-1556
Fax: (901) 544-1667
Email: bjeter@jeter-law.com
*Counsel for Walter T. Kirkbride*

**OF COUNSEL:**
BERMAN DEVALERIO

Leslie R. Stern
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-Mail: lstern@bermanesq.com
*Counsel for Walter T. Kirkbride*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

| | |
|---|---|
| IN RE:  REGIONS MORGAN KEEGAN CLOSED-END FUND LITIGATION | Master File No. 2:07-cv-02830-SHM-dkv |

**CERTIFICATE OF SERVICE**

I, William M. Jeter, hereby certify that the Notice of Change of Firm Name and Office Address filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2009.

/s/     William M. Jeter
William M. Jeter