AH-51194

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| C. Fred Daniels, et al | ) | |
| | ) | Civil Action No. |
| Plaintiffs, | ) | 2:07-cv-02784-SHM-dkv |
| | ) | |
| v. | ) | Judge Samuel H. Mays, Jr. |
| | ) | |
| Morgan Keegan & Company, Inc., | ) | Magistrate Judge Diane K. Vescovo |
| | ) | |
| Defendants. | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Justin Edward Mitchell of Thomason, Hendrix, Harvey,

Johnson & Mitchell hereby enters his appearance as attorney of record for plaintiffs, joining

Albert C. Harvey and replacing Kyle M. Wiggins, this the _____ day of September, 2009

Respectfully submitted,

**THOMASON HENDRIX HARVEY
JOHNSON & MITCHELL, PLLC**

/s/ Justin E. Mitchell
ALBERT C. HARVEY (#7955)
CHERYL RUMAGE ESTES (#10099)
JUSTIN E. MITCHELL (#25578)
40 S. Main Street, Suite 2900
Memphis, TN  38103
Phone No. : (901) 525-8721
Facsimile No. : (901) 525-6722

**Attorneys for Plaintiff, C. Fred Daniels, Trustee
*ad Litem***

**OF COUNSEL :**

**CABANISS, JOHNSTON, GARDNER
DUMAS & O'NEAL LLP**
Crawford S. McGivaren, Jr
R. Carlton Smyly
Suite 700, Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Phone: (205) 716-5237
Fax: (205) 716-5389

<u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies, that on the 11th day of September, 2009, a copy of the foregoing was forwarded to all persons listed below via the Court's ECF system, to the email addresses listed below:

| | |
|---|---|
| Carolyn Glass Anderson<br>Timothy J. Becker<br>Kristen D. Hedberg<br>ZIMMERMAN REED, PLLP<br>651 Nicolett Mall<br>Suite 501<br>Minneapolis, MN 55402<br>612-341-0400<br>612-341-0844 (fax)<br>cga@zimmreed.com<br>tjb@zimmreed.com<br>kdh@zimmreed.com | Nicole A. Baker<br>Jeffrey B. Maletta<br>K & L GATES LLP<br>1601 K. Street, N.W.<br>Washington, DC 20006-1600<br>202-778-9018<br>202-778-9100 (fax)<br>nicole.baker@klgates.com<br>Jeffrey.maletta@klgates.com |
| Leo Maurice Bearman, Jr.<br>Eugene J. Podesta, Jr.<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ- Memphis<br>165 Madison Ave.<br>Ste. 2000<br>Memphis, TN 38103<br>901-526-2000<br>901-577-0717 (fax)<br>lbearman@bakerdonelson.com<br>gpodesta@bakerdonelson.com | Shepherd D. Tate<br>Michael A. Brady<br>BASS BERRY & SIMS PLC- Memphis<br>The Tower at Peabody Place<br>100 Peabody Place<br>Ste. 900<br>Memphis, TN 38103<br>901-543-5900<br>901-543-5999 (fax)<br>state@bassberry.com<br>mbrady@bassberry.com |

| | |
|---|---|
| Jerome A. Broadhurst<br>Charles D. Reaves<br>APPERSON CRUMP & MAXWELL, PLC<br>6000 Poplar Ave.<br>Ste. 400<br>Memphis, TN 38119-3972<br>901-756-6300<br>901-260-5158 (fax)<br>jbroadhurst@appersoncrump.com<br>creaves44@comcast.net | Mark P. Chalos<br>LIEFF CABRASHER HEIMANN &<br>BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Ave., North<br>Ste. 1550<br>Nashville, TN 37219-2423<br>615-313-9000<br>mchalos@lchb.com |
| Matthew M. Curley<br>Michael L. Dagley<br>BASS BERRY & SIMS PLC<br>315 Deaderick Street<br>Ste. 2700<br>Nashville, TN 37238-0002<br>615-742-6200<br>mcurley@bassberry.com<br>mdagley@bassberry.com | Harold Naill Falls, Jr.<br>John B. Veach, III<br>FALLS & VEACH<br>1143 Sewanee Rd.<br>Nashville, TN 37220<br>615-242-1800<br>615-242-1823 (fax)<br>nf@fallsveach.com<br>tv@fallsveach.com |
| Gregg M. Fishbein<br>Richard A. Lockridge<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br>612-339-0981 (fax)<br>gmfishbein@locklaw.com<br>ralockridge@locklaw.com | Peter S. Fruin<br>MAYNARD COOPER & GALE, PC<br>1901 6th Avenue North<br>Suite 2400<br>Birmingham, AL 35203-2602<br>205-254-1068<br>205-254-1999 (fax)<br>pfruin@maynardcooper.com |
| Emily C. Komlossy<br>Beth A. Keller<br>Christopher Marlborough<br>FARUQI & FARUQI, LLP<br>3595 Sheidan St.<br>Ste. 206<br>Hollywood, FL 33021<br>954-239-0280<br>954-239-0281 (fax)<br>ekomlossy@faruqilaw.com<br>bkeller@faruqilaw.com<br>cmarlborough@faruqilaw.com | Emily Nicklin<br>Timothy A. Duffy<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Ste. 5400<br>Chicago, IL 60601<br>312-861-2387<br>312-861-2200 (fax)<br>enicklin@kirkland.com<br>tduffy@kirkland.com |

| | |
|---|---|
| Steven Lawrence Polk<br>SUTHERLAND ASBILL & BRENNAN LLP<br>999 Peachtree Street N.E.<br>Atlanta, GA 30309-3996<br>404-853-8225<br>404-853-8806 (fax)<br>larry.polk@sablaw.com | James G. Stranch, III<br>J. Gerard Stranch, IV<br>BRANSTETTER STRANCH & JENNINGS, PLLC<br>227 2nd Avenue North<br>4th Floor<br>Nashville, TN 37201<br>615-254-8801<br>615-255-5419 (fax)<br>jgs@branstetterlaw.com<br>gstranch@branstetterlaw.com |
| David E. Swarts<br>David B. Tulchin<br>D. Andrew Pietro<br>SULLIVAN & CROMWELL, LLP<br>125 Broad Street<br>New York, NY 10004<br>212-558-7446<br>212-558-3358 (fax)<br>swartsd@sullcrom.com<br>tulchind@sullcrom.com<br>pietroda@sullcrom.com | Vernon J. Vander Weide<br>Thomas V. Seifert<br>HEAD SEIFERT & VANDER WEIDE, P.C.<br>333 South Seventh Street<br>Suite 1140<br>Minneapolis, MN 55402-2422<br>612-339-1601<br>612-339-3372 (fax)<br>vvanderweide@hsvwlaw.com<br>tseifert@hsvwlaw.com |
| B. J. Wade<br>GLASSMAN EDWARDS WADE & WYATT, P.C.<br>26 N. Second Street<br>Memphis, TN 38103<br>901-527-4673<br>901-521-0940 (fax)<br>bwade@gewwlaw.com | Martin W. Zummach<br>SPARKMAN ZUMMACH, P.C.<br>P.O. Box 266<br>Southaven, MS 38671-0266<br>662-349-6900<br>martin@sparkman-zummach.com |

/s/ Justin E. Mitchell

The undersigned hereby certifies, that on the 11th day of September, 2009, a copy of the foregoing was forwarded to all persons listed below via U.S. Mail, first class postage prepaid, to the addresses listed below:

Nancy A. Kulesa
Robert A. Izard
Jeff Nobel
SCHATZ NOBEL IZARD, P.C.
20 Church Street
Suite 1700
Hartford, CT 06103
860-493-6292

/s/ Justin E. Mitchell

ND: 4843-6494-8740, v.  1