IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | MDL Docket No. 2009 |
| This Document Relates to: | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, **No. 2:07-cv-02784-SMH-dkv** | |

### ORDER ON THE PARTIES' JOINT MOTION FOR SCHEDULING ORDER

This matter comes before the Court on the parties' Joint Motion for Scheduling Order. Based upon the submission of the parties, this Motion is GRANTED and with respect to the filing of a consolidated amended complaint and anticipated motions to dismiss, the parties shall file their respective pleadings as follows:

1. Lead Plaintiff RMK Open-End Fund Group shall have until and including **December 1, 2009**, to file a consolidated amended complaint;

2. Defendants shall have until and including **February 1, 2010**, to file motions to dismiss;

2. Plaintiff shall have until and including **April 2, 2010**, to file oppositions to the motions to dismiss filed by Defendants; and

3. Defendants shall have until and including **May 17, 2010**, to file any reply in support of their respective motions to dismiss.

It is so ORDERED this 14th day of October, 2009.

    *s/ Samuel H. Mays, Jr.*    .
Samuel H. Mays, Jr.
United States District Judge