IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

_____
)
IN RE REGIONS MORGAN KEEGAN      )   Case No. 2:09-md-2009-SHM
SECURITIES, DERIVATIVE & ERISA   )
LITIGATION                       )
                                 )
This Document Relates to:        )
                                 )
*In re Regions Morgan Keegan Open-End*  )
*Mutual Fund Litigation*         )
                                 )
        No. 2:07-cv-02784-SHM-dvk )
_____)

## INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

Defendants Allen B. Morgan, Jr., J. Kenneth Alderman, Carter E. Anthony, Brian B. Sullivan, Joseph C. Weller, John T. Weller, G. Douglas Edwards, Charles D. Maxwell, David M. George, Michele F. Wood, James C. Kelsoe, Jr., David H. Tannehill and Thomas R. Gamble (collectively, the "Individual Defendants") respectfully file this motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("CAC"). A memorandum of law is submitted herewith in support of this motion.

As grounds for this motion, Plaintiffs lack standing to pursue their claims under the Securities Act of 1933, the Securities Exchange Act of 1934, and the Investment Company Act of 1940 (the "ICA"). Furthermore, the ICA does not provide for a private right of action. Finally, Plaintiffs' CAC fails to meet the pleading requirements of Rules 8(a)(2) and 9(b) of the Federal Rules of Civil Procedure, as well as the requirements of the Private Securities Litigation Reform Act, and dismissal of this action is therefore appropriate pursuant to Rule 12(b)(6). As such, Defendants respectfully request that this action be dismissed with prejudice.

DATED this 12th day of February 2010.

Respectfully submitted,

SUTHERLAND, ASBILL &
BRENNAN LLP

/s/ S. Lawrence Polk
999 Peachtree Street, NE
Atlanta, GA 30309
(404)853-8000
Larry.Polk@sutherland.com

*Attorney for Allen B. Morgan, Jr., J. Kenneth Alderman, Carter E. Anthony, Brian B. Sullivan, Joseph C. Weller, John T. Weller, G. Douglas Edwards, Charles D. Maxwell, David M. George, Michele F. Wood, James C. Kelsoe, Jr., David H. Tannehill and Thomas R. Gamble*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON CRUMP PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
300 North LaSalle
Chicago, IL 60654

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**K&L GATES LLP**
JEFFREY B. MALETTA, ESQ.
NICOLE A. BAKER, ESQ.
1601 K Street, NW
Washington, D.C.  20006-1600

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
150 Third Avenue North, Suite 2800
Nashville, TN 37201

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York 1004

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Kevin C. Logue
Asa R. Danes
Park Avenue Tower
75 E. 55th Street
New York, NY 10022

/s/ S. Lawrence Polk