IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

_____
                                            )
IN RE REGIONS MORGAN KEEGAN    )    MDL Docket No. 2009
SECURITIES, DERIVATIVE and ERISA  )
LITIGATION                              )
                                            )
This Document Relates to:              )
                                            )
In re Regions Morgan Keegan Open-End  )
Mutual Fund Litigation,                 )
    No. 2:07-cv-02784-SHM-dkv        )
_____)

**MOTION OF DEFENDANTS JACK R. BLAIR, ALBERT C. JOHNSON,
WILLIAM JEFFERIES MANN, JAMES STILLMAN R. MCFADDEN,
W. RANDALL PITTMAN, MARY S. STONE AND ARCHIE W. WILLIS, III
TO DISMISS**

Defendants Jack R. Blair, Albert C. Johnson, William Jefferies Mann, James Stillman R. McFadden, W. Randall Pittman, Mary S. Stone and Archie W. Willis, III by their undersigned counsel, respectfully move the Court for an Order dismissing the claims against them in this action. Dismissal of the claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is warranted, as plaintiffs' Consolidated Amended Class Action Complaint fails to meet the pleading requirements of Rules 8(a) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

Dismissal of the claims against the former independent directors is required given that, as set forth in detail in the motions to dismiss filed by other defendants, the funds' registration statement and prospectus were fully compliant with relevant disclosure requirements. There are also additional reasons for dismissal of the claims that are specific to the former independent directors. The former independent directors are not properly alleged to be sellers of securities and cannot be liable under Section 12(a)(2) of the Securities Act of 1933 ("Securities Act"). In

addition, plaintiffs have no private cause of action against the former independent directors under Section 47(b) or any other Investment Company Act of 1940 provision cited in the complaint. Moreover, the control person claims against the former independent directors under the Securities Act and the Securities Exchange Act of 1934 should be dismissed, and plaintiffs' claims otherwise fail as a matter of law.

Defendants respectfully request that the claims against them be dismissed. Defendants submit herewith a Memorandum of Law in support of this motion. They also adopt the arguments set forth in the motions to dismiss filed by defendants Morgan Asset Management, LLC, Morgan Keegan & Co, Inc. and MK Holdings, Inc., and by PricewaterhouseCoopers LLC.

DATED this 12th day of February 2010.

Respectfully submitted,

/s/ Jeffrey B. Maletta
Jeffrey B. Maletta
K&L GATES LLP
1601 K Street, NW
Washington, DC  20006
Tel:  202-778-9062
Fax:  202-778-9100
jeffrey.maletta@klgates.com

*Attorney for Jack R. Blair, Albert C. Johnson, William Jefferies Mann, James Stillman R. McFadden, W. Randall Pittman, Mary S. Stone and Archie W. Willis, III*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 12, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON CRUMP PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**PAUL HASTINGS JANOFSKY & WALKER LLP**
KEVIN C. LOGUE
ASA R. DANES
75 E. 55th Street
New York, NY 10022

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
300 North LaSalle
Chicago, IL 60654

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York 1004

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA 30309

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
BRITT K. LATHAM
150 Third Avenue South, Suite 2800
Nashville, TN 37201

**BASS BERRY & SIMS PLC**
SHEPHERD D. TATE
MICHAEL A. BRADY
100 Peabody Place, Suite 900
Memphis, TN 38103

        /s/ Jeffrey B. Maletta