IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*,<br><br>No. 2:07-cv-02784-SHM-dvk | MDL Docket No. 2009 |

**MOTION TO DISMISS**

Defendants Helios Select Fund, Inc. (formerly Morgan Keegan Select Fund, Inc., and referred to herein as the "Company"), Helios Select Short Term Bond Fund (formerly Regions Morgan Keegan Select Short Term Bond Fund and referred to herein as the "Short Term Fund"), Helios Select Intermediate Bond Fund (formerly Regions Morgan Keegan Select Intermediate Bond Fund and referred to herein as the "Intermediate Fund") and Helios Select High Income Fund (formerly Regions Morgan Keegan Select High Income Fund and referred to herein as the "High Income Fund") respectfully submit this memorandum of law in support of their motion to dismiss plaintiffs' consolidated amended complaint, filed on November 30, 2009 (Docket No. 218) (the "CAC"). The Short Term Fund, the Intermediate Fund and the High Income Fund are collectively referred to herein as the "Funds", and together with the Company, as the "Fund Defendants." A memorandum of law is submitted in support of this motion.

As grounds for this motion, plaintiffs lack standing to pursue their claims under the Securities Act of 1933, the Securities Exchange Act of 1934 and the Investment Company Act of 1940 (the "ICA"). Additionally, the ICA does not provide for a private right of action. Further,

the Funds are not proper parties to this action. Finally, the CAC fails to meet the pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. Specifically, plaintiffs failed to allege a material misstatement or omission attributable to the Fund Defendants, failed to allege scienter on the part of the Fund Defendants, and the CAC establishes the absence of causation. Also, Plaintiffs' claims under the 1933 Act are time barred. The Fund Defendants respectfully request that this action be dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

DATED this 12th day of February, 2010.   Respectfully submitted,

/s/Kevin C. Logue
Kevin C. Logue
Asa R. Danes
PAUL, HASTINGS, JANOFSKY &
 WALKER LLP
75 East 55th Street
New York, New York 10022
Tel:  (212) 318-6000
Fax: (212) 319-4090
kevinlogue@paulhastings.com
asadanes@paulhastings.com

*Attorneys for Defendants*
*Helios Select Fund, Inc.,*
*Helios Select Short Term Bond Fund,*
*Helios Select Intermediate Bond Fund and*
*Helios Select High Income Fund (formerly*
*Morgan Keegan Select Fund, Inc., Regions*
*Morgan Keegan Select Short Term Bond*
*Fund, Regions Morgan Keegan Select*
*Intermediate Bond Fund and Regions*
*Morgan Keegan Select High Income Fund,*
*respectively)*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON, CRUMP & MAXWELL, PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
6070 Poplar Avenue, 6th Floor
Memphis, TN 38119-3954

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
300 North LaSalle
Chicago, IL 60654

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**K&L GATES LLP**
JEFFREY B. MALETTA, ESQ.
NICOLE A. BAKER, ESQ.
1601 K Street, NW
Washington, D.C.  20006-1600

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA 30309

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York 1004

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
BRITT K. LATHAM
W. BRANTLEY PHILLIPS, JR.
150 Third Avenue South, Suite 2800
Nashville, TN 37201

**BASS BERRY & SIMS PLC**
SHEPHERD D. TATE
MICHAEL A. BRADY
100 Peabody Place, Suite 900
Memphis, Tennessee   38103-3672

      /s/Kevin C. Logue
            Kevin C. Logue

LEGAL_US_E # 86710772.1