IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | Case No. 2:09-md-2009-SHM |
| This Document Relates to: | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, | |
| No. 2:07-cv-02784-SHM-dvk | |

## NOTICE OF CORRECTION

COME NOW Defendants Regions Financial Corporation ("Regions Financial") and Regions Bank (collectively "Defendants") and, in response to the Court's Deficiency Notice (Docket 304), submits a revised signature page to Defendants' Answer to Plaintiffs' Consolidated Amended Class Action Complaint, previously filed on January 31, 2011. The revised signature page is attached as Exhibit A.

Dated:  7 February 2011

                                            Respectfully submitted,

                                            /s/ *Scott S. Brown*
                                            Scott S. Brown
                                            Bar No.: ASB-7762-B65S

                                            **MAYNARD COOPER & GALE PC**
                                            2400 Regions Harbert Plaza
                                            1901 Sixth Avenue North
                                            Birmingham, AL  35203
                                            scottbrown@maynardcooper.com
                                            Telephone:  (205) 254-1232
                                            Fax:  (205) 714-6452

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON CRUMP PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY
EMILY NICKLIN
KRISTOPHER RITTER
300 North LaSalle
Chicago, IL 60654

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN
EUGENE PODESTA.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**K&L GATES LLP**
JEFFREY B. MALETTA
NICOLE A. BAKER
1601 K Street, NW
Washington, D.C. 20006-1600

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA 30309

**BASS BERRY & SIMS PLC**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
BRITT K. LATHAM
W. BRANTLEY PHILLIPS, JR.
150 Third Avenue South, Suite 2800
Nashville, TN 37201

**BASS BERRY & SIMS PLC**
SHEPHERD D. TATE
MICHAEL A. BRADY
100 Peabody Place, Sutie 900
Memphis, TN 38103-3672

**PAUL HASTINGS JANOFSKY & WALKER LLP**
KEVIN C. LOGUE
75 E. 55th Street
New York, NY 10022

**PURSLEY LOWERY MEEKS LLP**
R. HAL MEEKS
ROBIN A. BESAW
260 Peachtree Street NW
Atlanta, GA 30303

/s/ *Scott S. Brown*
Of Counsel

02096087.1