IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In re REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation* )<br>NO. 2:07-cv-02784-SHM-dkv )<br>) | Case No: 2:09-md-2009-SHM |

### CARTER ANTHONY'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT REMOVING CERTAIN AFFIRMATIVE DEFENSES

**COMES NOW** Defendant Carter Anthony ("Anthony") and hereby amends his Answer and Affirmative Defenses to Plaintiff's Consolidated Amended Class Action Complaint ("Answer") to remove the following affirmative defenses:

7. Plaintiffs lack personal jurisdiction over this Defendant.

8. This Defendant appears especially for purposes of responding to this Complaint, as Defendant has not been served with summons and process. Defendant reserves defenses of sufficiency of service of process.

All other defenses asserted in Carter Anthony's Answer remain as pled.

Respectfully submitted this 10th day of February, 2011.

PURSLEY LOWERY MEEKS LLP

/s/ ROBIN A. BESAW
R. Hal Meeks, Jr.
Georgia Bar No. 500825
hmeeks@plmllp.com
Robin A. Besaw
Georgia Bar No. 223540
rbesaw@plmllp.com
*Attorneys for Defendant Carter E. Anthony*

260 Peachtree Street, NW
Suite 2000
Atlanta, GA  30303
(404) 880-7180
(404) 880-7199 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Carter Anthony's Amended Answer and Affirmative Defenses to Plaintiffs' Consolidated Amended Class Action Complaint Removing Certain Affirmative Defenses** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Charles Durham Reaves, Esq.<br>Jerome A. Broadhurst, Esq.<br>APPERSON CRUMP, PLC | Gregg M. Fishbein, Esq.<br>Richard A. Lockridge, Esq.<br>LOCKRIDGE GRINDAL NAUEN PLLP |
| Carolyn G. Anderson, Esq.<br>Timothy J. Becker, Esq.<br>ZIMMERMAN REED, PLLP | Thomas V. Seifert, Esq.<br>Vernon J. Vander Weide<br>HEAD SEIFERT & VANDER WEIDE, P.C. |
| Matthew M. Curley, Esq.<br>Michael L. Dagley, Esq.<br>BASS BERRY & SIMS PLC | Michael A. Brady, Esq.<br>Shepherd D. Tate, Esq.<br>BASS BERRY & SIMS PLC |
| David B. Tulchin, Esq.<br>D. Andrew Pietro, Esq.<br>David E. Swarts, Esq.<br>SULLIVAN & CROMWELL, LLP | Peter S. Fruin, Esq.<br>Scott S. Brown, Esq.<br>MAYNARD COOPER & GALE, PC |
| Steven Lawrence Polk, Esq.<br>SUTHERLAND ASBILL & BRENNAN LLP | Jeffrey B. Maletta, Esq.<br>Nichole A. Baker, Esq.<br>K & L GATES LLP |
| Emily Nicklin, Esq.<br>Timothy A. Duffy, Esq.<br>Kristopher S. Ritter, Esq.<br>KIRKLAND & ELLIS LLP | Eugene J. Podesta, Jr., Esq.<br>Leo Maurice Bearman, Jr., Esq.<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ |

This 10th day of February, 2011.

PURSLEY LOWERY MEEKS LLP

/s/ ROBIN A. BESAW
Robin A. Besaw