```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

C. FRED DANIELS, as Trustee ad           )
litem for THE GEORGE E. VON              )
GALL III, INTERVIVOS Q-TIP               )
TRUST UNDER AGREEMENT, et al.,           )
                                         )
    Plaintiffs,                          )
                                         )
v.                                       )   No. 08-2454
                                         )
MORGAN KEEGAN & COMPANY, INC.,           )
et al.,                                  )
                                         )
    Defendants.                          )

## ORDER ADMINISTRATIVELY CLOSING CASE

The claims in this action have been consolidated under <u>In re Regions Morgan Keegan Open-End Mutual Fund Litigation</u>, No. 07-2784.  (<u>See</u> Order Granting Defs.' Mots. for Consolidation 5, ECF No. 73.)  This action is therefore closed administratively.  The parties are DIRECTED to file in the consolidated case above.

So ordered this 25th day of May, 2011.

                                           s/ Samuel H. Mays, Jr.
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE