```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

---

In Re: REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE and
ERISA LITIGATION,

This Document Relates to:                          NO. 09-2009 Ma

*In re Regions Morgan Keegan Open-End*
*Mutual Fund Litigation No.: 07-2784 -SHM-dvk*

*In re Regions Morgan Keegan Closed-End*
*Mutual Fund Litigation No.: 07-2830 -SHM-dvk*

*In re Helios Closed-End Funds Derivative*
*Litigation 10-2188 -SHM-dvk*

*Woods v. Morgan Asset Management, Inc.*
*09-2280 -SHM-dvk*

*Schilleci v. Morgan Keegan & Co., Inc.*
*10-2011 -SHM-dvk*

*Freeman v. Regions Bank*
*10-2278 -SHM-dvk*

*Karrells v. Morgan Asset Management, Inc.*
*10-2279 -SHM-dvk*

*Bolton v. Morgan Asset Management, Inc.*
*10-2439 -SHM-dvk*

*Ballinger v. Morgan Keegan & Co., Inc.*
*10-2509 -SHM-dvk*

---

## ORDER GRANTING MOTION TO WITHDRAW
---

　　　Before the court is the June 7, 2011 motion of Robin A. Besaw to withdraw as counsel for defendant Carter Anthony (Docket Entry 82). For good cause shown, the motion is GRANTED and Robin A.

Besaw is allowed to withdraw as counsel for defendant Carter Anthony.  R. Hal Meeks, Jr. Of Pursley Lowery Meeks, LLP will continue to represent the defendant Carter Anthony.

It is so ORDERED this 10th day of June, 2011.

<u>s/Samuel H. Mays, Jr.</u>
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE