**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br>*Landers* v. *Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SHM-dkv<br><br>— and —<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, No. 2:07-cv-02784-SHM-dkv | MDL Docket No. 2009<br><br>Judge Samuel H. Mays, Jr.<br><br>Magistrate Judge Diane K. Vescovo |

**ORDER GRANTING PLAINTIFFS' AND FUNDS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR FILING CONSOLIDATED REPLIES TO DEFENDANTS' MEMORANDA IN OPPOSITION TO JOINT MOTIONS REGARDING PRELIMINARY APPROVAL OF THE PROPOSED PARTIAL SETTLEMENT OF CLASS ACTION CLAIMS AND APPROVAL OF NOTICE AND FINAL APPROVAL OF THE MEMORANDUM OF UNDERSTANDING**

Before the Court is Plaintiffs' and Funds' June 13, 2011, "Unopposed Joint Motion for Extension of Time for Filing Consolidated Replies to Defendants' Memoranda in Opposition to Joint Motions Regarding Preliminary Approval of the Proposed Partial Settlement of Class Action Claims and Approval of Notice and Final Approval of the Memorandum of Understanding" filed by Plaintiffs and the Funds in *Landers v. Morgan Keegan Asset Management, Inc.*, Case No. 2:08-cv-02260 ("*Landers*") (*Landers* ECF No. 124) and in *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, Case No. 2:07-cv-02784-SHM-dkv (the "*Class Action*")(*Class Action* ECF No. 334). For good cause shown, the Joint Motion for

1

Extension of Time is GRANTED.

The Court's Scheduling Order, dated December 16, 2010 (*Class Action* ECF No. 289, as amended by *Class Action* ECF No. 330; and *Landers* ECF No. 123) is hereby amended to provide extensions of the deadlines for Plaintiffs, Funds, and Defendants to file their respective pleadings as follows:

1. Plaintiffs and the Funds shall have to and including June 24, 2011, to file their Consolidated Replies to Defendants' Memoranda in Opposition; and

2. Defendants shall have until August 1, 2011, to file their <u>optional</u> sur-replies to Plaintiffs' and the Funds' respective Consolidated Replies to Defendants' Memoranda in Opposition.

It is so ORDERED this the 13th day of June, 2011.

<u>*s/Samuel H. Mays, Jr.*</u>
Samuel H. Mays, Jr.
United States District Judge