**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION,** | MDL No. 2:09-md-2009-SHM |
| This Document Relates to: | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, | |
| No. 2:07-cv-02784-SHM-dvk | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MAIBETH J. PORTER**

Comes now defendant Regions Bank through its counsel, John McQuiston II, and moves for admission *pro hac vice* of Maibeth J. Porter as additional counsel for Regions Bank in this action. In support of this motion, movant shows as follows:

1. Ms. Porter is a shareholder with the law firm of Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 Regions/Harbert Plaza, Birmingham, Alabama 35203; telephone number (205) 254-1049; and e-mail address mporter@maynardcooper.com. Ms. Porter resides at 4322 Glenwood Avenue, Birmingham, Alabama 35222.

2. Ms. Porter has complied with all the requirements of Local Rule 83.4(d)(1) for admission *pro hac vice*. Ms. Porter is a member in good standing of the Alabama State Bar, the United States District Courts for the Northern, Middle, and Southern Districts of Alabama, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. Her Alabama Bar number is ASB-3915-o40m. Certificates of Good Standing for Ms. Porter

from the Alabama Supreme Court and from the United States District Court for the Northern District of Alabama are attached hereto as Exhibits A and B, respectively.

3. Ms. Porter has never been disciplined in any jurisdiction and no disciplinary proceedings are pending against her in any state or federal court. Ms. Porter is familiar with the local rules of this Court, including the Guidelines of Professional Courtesy and Conduct. *See* Declaration of Maibeth J. Porter attached hereto as Exhibit C.

4. The requisite fees are being paid to the Court contemporaneously herewith. A Proposed Order will be transmitted to the Court by e-mail pursuant to Local Rule 7.2(a)(1)(A).

              Respectfully submitted,

              s/John McQuiston II
              Attorney Bar No.07806
              EVANS PETREE P.C.
              1000 Ridgeway Loop Road, Suite 200
              Memphis, Tennessee  38120
              Telephone;  (901) 525-6781
              E-mail: jmcquiston@evanspetree.com

              Attorney for Defendant Regions Bank.

**OF COUNSEL:**

MAYNARD COOPER & GALE, P.C.
Peter S. Fruin
Scott S. Brown
Suite 2400 Regions Harbert Plaza
1901 Sixth Avenue, North
Birmingham, Alabama  35203
Telephone:  (205)  254-1000
Telecopier:  (205)  254-1999
E-mail:  pfruin@maynardcooper.com
    sbrown@maynardcooper.com

SULLIVAN & CROMWELL LLP
David B. Tulchin
David E. Swarts
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Telecopier:  (212) 558-3588
E-mail:  tulchind@sullcrom.com
           swartsd@sullcrom.com

### CERTIFICATE OF CONSULTATION

The undersigned certifies that on July 8, 2011, he consulted with Jerome Broadhurst, one of the attorneys for plaintiffs, and Matthew M. Curley, one of the attorneys for co-defendants, and that neither had any objection to this motion.

s/John McQuiston II_____

### CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

| **APPERSON CRUMP PLC** | **KIRKLAND & ELLIS, LLP** |
|---|---|
| CHARLES D. REAVES | TIMOTHY DUFFY |
| JEROME A. BROADHURST | EMILY NICKLIN |
| 6070 Poplar Avenue, Sixth Floor | KRISTOPHER RITTER |
| Memphis, TN 38119-3954 | 300 North LaSalle |
|  | Chicago, IL 60654 |
| **HEAD, SEIFERT & VANDER WEIDE, P.A.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
| VERNON J. VANDER WEIDE | LEO BEARMAN |
| THOMAS V. SEIFERT | EUGENE PODESTA. |
| 333 South Seventh St., Suite 1140 | 165 Madison Avenue |
| Minneapolis, MN 55402-2422 | First Tennessee Building |
|  | Memphis, TN 38103 |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | **K&L GATES LLP** |
| RICHARD A. LOCKRIDGE | JEFFREY B. MALETTA |
| GREGG M. FISHBEIN | NICOLE A. BAKER |
| 100 Washington Avenue South, Suite 2200 | 1601 K Street, NW |
| Minneapolis, MN 55401 | Washington, D.C. 20006-1600 |

02175346.1

| | |
|---|---|
| **ZIMMERMAN REED, P.L.L.P.** | **SUTHERLAND ASBILL & BRENNAN, LLP** |
| CAROLYN G. ANDERSON | S. LAWRENCE POLK |
| TIMOTHY J. BECKER | 999 Peachtree Street NE |
| 651 Nicollet Mall, Suite 501 | Atlanta, GA 30309 |
| Minneapolis, MN 55402 | |
| **BASS BERRY & SIMS PLC** | **BASS BERRY & SIMS PLC** |
| MICHAEL L. DAGLEY | SHEPHERD D. TATE |
| MATTHEW M. CURLEY | MICHAEL A. BRADY |
| BRITT K. LATHAM | 100 Peabody Place, Sutie 900 |
| W. BRANTLEY PHILLIPS, JR. | Memphis, TN 38103-3672 |
| 150 Third Avenue South, Suite 2800 | |
| Nashville, TN 37201 | |
| **PAUL HASTINGS JANOFSKY & WALKER LLP** | **PURSLEY LOWERY MEEKS LLP** |
| KEVIN C. LOGUE | R. HAL MEEKS |
| 75 E. 55th Street | ROBIN A. BESAW |
| New York, NY 10022 | 260 Peachtree Street NW |
| | Atlanta, GA 30303 |

                                                  s/John McQuiston II

02175346.1