## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| **IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION,** | MDL No. 2:09-md-2009-SHM |
| This Document Relates to: | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, | |
| No. 2:07-cv-02784-SHM-dvk | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF LUTHER M. DORR, JR.

Comes now defendant Regions Bank through its counsel, John McQuiston II, and moves for admission *pro hac vice* of Luther M. Dorr, Jr., as additional counsel for Regions Bank in this action. In support of this motion, movant shows as follows:

1. Mr. Dorr is a shareholder with the law firm of Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 Regions/Harbert Plaza, Birmingham, Alabama 35203; telephone number (205) 254-1030; and e-mail address rdorr@maynardcooper.com. Mr. Dorr resides at 9041 Park Crest Road, Birmingham, Alabama 35242.

2. Mr. Dorr has complied with all the requirements of Local Rule 83.4(d)(1) for admission *pro hac vice*. Mr. Dorr is a member in good standing of the Alabama State Bar, the United States District Courts for the Northern, Middle, and Southern Districts of Alabama, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. His Alabama Bar number is ASB-0002-r53l. Certificates of Good Standing for Mr. Dorr from

the Alabama Supreme Court and from the United States District Court for the Northern District of Alabama are attached hereto as Exhibits A and B, respectively.

3. Mr. Dorr has never been disciplined in any jurisdiction and no disciplinary proceedings are pending against him in any state or federal court.  Mr. Dorr is familiar with the local rules of this Court, including the Guidelines of Professional Courtesy and Conduct.  *See* Declaration of Luther M. Dorr, Jr., attached hereto as Exhibit C.

4. The requisite fees are being paid to the Court contemporaneously herewith.  A Proposed Order will be transmitted to the Court by e-mail pursuant to Local Rule 7.2(a)(1)(A).

                        Respectfully submitted,

                        s/John McQuiston II_____
                        Attorney Bar No. 07806
                        EVANS PETREE P.C.
                        1000 Ridgeway Loop Road, Suite 200
                        Memphis, Tennessee  38120
                        Telephone;  (901) 525-6781
                        E-mail: jmcquiston@evanspetree.com

                        Attorney for Defendant Regions Bank.

**OF COUNSEL:**

MAYNARD COOPER & GALE, P.C.
Peter S. Fruin
Scott S. Brown
Suite 2400 Regions Harbert Plaza
1901 Sixth Avenue, North
Birmingham, Alabama  35203
Telephone:  (205)  254-1000
Telecopier:  (205)  254-1999
E-mail:  pfruin@maynardcooper.com
        sbrown@maynardcooper.com

02186270.1

SULLIVAN & CROMWELL LLP
David B. Tulchin
David E. Swarts
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Telecopier:  (212) 558-3588
E-mail:  tulchind@sullcrom.com
         swartsd@sullcrom.com

## CERTIFICATE OF CONSULTATION

The undersigned certifies that on July 8, 2011, he consulted with Jerome Broadhurst, one of the attorneys for plaintiffs, and Matthew M. Curley, one of the attorneys for co-defendants, and that neither had any objection to this motion.

s/John McQuiston II

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

| | |
|---|---|
| **APPERSON CRUMP PLC**<br>CHARLES D. REAVES<br>JEROME A. BROADHURST<br>6070 Poplar Avenue, Sixth Floor<br>Memphis, TN 38119-3954 | **KIRKLAND & ELLIS, LLP**<br>TIMOTHY DUFFY<br>EMILY NICKLIN<br>KRISTOPHER RITTER<br>300 North LaSalle<br>Chicago, IL 60654 |
| **HEAD, SEIFERT & VANDER WEIDE, P.A.**<br>VERNON J. VANDER WEIDE<br>THOMAS V. SEIFERT<br>333 South Seventh St., Suite 1140<br>Minneapolis, MN 55402-2422 | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br>LEO BEARMAN<br>EUGENE PODESTA.<br>165 Madison Avenue<br>First Tennessee Building<br>Memphis, TN 38103 |
| **LOCKRIDGE GRINDAL NAUEN PLLP**<br>RICHARD A. LOCKRIDGE<br>GREGG M. FISHBEIN<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 | **K&L GATES LLP**<br>JEFFREY B. MALETTA<br>NICOLE A. BAKER<br>1601 K Street, NW<br>Washington, D.C. 20006-1600 |

02186270.1

| | |
|---|---|
| **ZIMMERMAN REED, P.L.L.P.**<br>CAROLYN G. ANDERSON<br>TIMOTHY J. BECKER<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402 | **SUTHERLAND ASBILL & BRENNAN, LLP**<br>S. LAWRENCE POLK<br>999 Peachtree Street NE<br>Atlanta, GA 30309 |
| **BASS BERRY & SIMS PLC**<br>MICHAEL L. DAGLEY<br>MATTHEW M. CURLEY<br>BRITT K. LATHAM<br>W. BRANTLEY PHILLIPS, JR.<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201 | **BASS BERRY & SIMS PLC**<br>SHEPHERD D.TATE<br>MICHAEL A. BRADY<br>100 Peabody Place, Sutie 900<br>Memphis, TN 38103-3672 |
| **PAUL HASTINGS JANOFSKY & WALKER LLP**<br>KEVIN C. LOGUE<br>75 E. 55th Street<br>New York, NY 10022 | **PURSLEY LOWERY MEEKS LLP**<br>R. HAL MEEKS<br>ROBIN A. BESAW<br>260 Peachtree Street NW<br>Atlanta, GA 30303 |

　　　　　　　　　　　　　　　s/John McQuiston II

4

02186270.1