IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*,<br>No. 2:07-cv-02784<br><br>  -and-<br><br>*Landers v. Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SMH-dvk | No. 2:09-md-02009-SHM |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMIT**
**AND MEMORANDUM IN SUPPORT**

Defendants Morgan Keegan & Company, Inc., Morgan Asset Management, Inc., MK Holding, Inc., and the Individual Defendants,[1] (collectively "Defendants") respectfully file this motion requesting permission to file a collective Sur-Reply to Joint Motion for Preliminary Approval of Partial Settlement and Joint Motion for Approval of Rule 23.1 Notice to Shareholders and for Final Approval of the Memorandum of Understanding in excess of the page limit for such pleadings.

As grounds for this request, Defendants submit that the Court previously granted Defendants the right to file this Sur-Reply. Defendants' collective Sur-Reply addresses both of the Replies submitted in the above-captioned class action (*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*) and derivative action (*Landers v. Morgan Asset Management*) by

---

[1] The Individual Defendants include Allen B. Morgan, Jr., J. Kenneth Alderman, Thomas R. Gamble, Charles D. Maxwell, Brian B. Sullivan, Joseph C. Weller, J. Thompson Weller, Michele F. Wood, James C. Kelsoe, Jr., David H. Tannehill, G. Douglas Edwards and David M. George.

Plaintiffs and the Funds.  Plaintiffs and the Funds submitted replies collectively totaling more than eighty (80) pages.  Due to the number and complex nature of the issues addressed, Defendants' Sur-Reply requires additional pages.  As such, Defendants request permission to file a Sur-Reply of twenty-nine (29) pages in length.  A copy of this pleading is attached hereto as Exhibit A and a proposed order is submitted herewith.

DATED this 1st day of August 2011.

        Respectfully submitted,

        BASS BERRY & SIMS PLC

By: /s/ Matthew M. Curley
    Michael L. Dagley
    Matthew M. Curley
    Britt K. Latham
    W. Brantley Phillips, Jr.
    150 Third Avenue South; Suite 2800
    Nashville, TN 37201
    (615)742-6200

    Shepherd D. Tate
    Michael A. Brady
    BASS BERRY & SIMS PLC
    100 Peabody Place, Suite 900
    Memphis, Tennessee  38103-3672
    (901) 543-5900

    *Attorneys for Morgan Asset Management, Inc., Morgan Keegan & Co., Inc., and MK Holding, Inc.*

SUTHERLAND, ASBILL & BRENNAN, LLP

By: /s/ S. Lawrence Polk
S. Lawrence Polk
999 Peachtree Street N.E.
Atlanta, GA 30309-3996

*Attorney for Allen B. Morgan, Jr., J. Kenneth Alderman, Brian B. Sullivan, Joseph C. Weller, J. Thompson Weller, Charles D. Maxwell, Michele F. Wood, James C. Kelsoe, Jr., Thomas R. Gamble, David H. Tannehill, G. Douglas Edwards and David M. George*

## CERTIFICATE OF SERVICE

   I hereby certify that on August 1, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**APPERSON, CRUMP & MAXWELL, PLC**
CHARLES D. REAVES
JEROME A. BROADHURST
600 Poplar Avenue, Suite 400
Memphis, TN 38119-3972

**KIRKLAND & ELLIS, LLP**
TIMOTHY DUFFY, ESQ.
EMILY NICKLIN, ESQ.
KRISTOPHER RITTER, ESQ.
300 North LaSalle
Chicago, IL 60654

**HEAD, SEIFERT & VANDER WEIDE, P.A.**
VERNON J. VANDER WEIDE
THOMAS V. SEIFERT
333 South Seventh St., Suite 1140
Minneapolis, MN 55402-2422

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
LEO BEARMAN, ESQ.
EUGENE PODESTA, ESQ.
165 Madison Avenue
First Tennessee Building
Memphis, TN 38103

**LOCKRIDGE GRINDAL NAUEN PLLP**
RICHARD A. LOCKRIDGE
GREGG M. FISHBEIN
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

**K&L GATES LLP**
JEFFREY B. MALETTA, ESQ.
NICOLE A. BAKER, ESQ.
1601 K Street, NW
Washington, D.C. 20006-1600

**ZIMMERMAN REED, P.L.L.P.**
CAROLYN G. ANDERSON
TIMOTHY J. BECKER
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA 30309

**MAYNARD COOPER & GALE PC**
PETER S. FRUIN
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**SULLIVAN & CROMWELL LLP**
DAVID B. TULCHIN
DAVID E. SWARTS
125 Broad Street
New York, New York 1004

**PAUL HASTINGS JANOFSKY & WALKER LLP**
Kevin C. Logue
Asa R. Danes
Park Avenue Tower
75 E. 55th Street
New York, NY 10022

        /s/ Matthew M. Curley