IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION, | No. 2:09-md-2009-SHM |
| This Document Relates to: | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation,*  *No. 2:07-cv-02784* | |

ORDER SUBSTITUTING COUNSEL

Before the court is defendant Regions Bank's August 3, 2011 motion to substitute counsel (docket entry 132).  For good cause shown, the motion is GRANTED.  Lee E. Bains, Jr., Maibeth J. Porter, and Luther M. Dorr, Jr. are substituted as counsel for defendant Regions Bank in the place of Peter S. Fruin and Scott S. Brown.  Mr. Fruin and Mr. Brown are hereby relieved of all further duties and obligations related to their representation of Regions Bank.  Mr. Fruin and Mr. Brown will continue as counsel of record for defendant Regions Financial Corporation.

IT IS SO ORDERED this <u>4th</u> day of August, 2011.

s/Samuel H. Mays, Jr.<br>
SAMUEL H. MAYS, JR.<br>
UNITED STATES DISTRICT JUDGE