UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE REGIONS MORGAN KEEGAN　　　　　　　No. 2:09-md-2009-SHM
SECURITIES, DERIVATIVE and ERISA
LITIGATION,

    This Document Relates to:

*In re Regions Morgan Keegan Open-End*
*Mutual Fund Litigation,*
*No. 2:07-cv-02784*
    *-and-*
*Landers v. Morgan Asset Management,*
*Inc., No. 2-08-cv-02260- SHM-dvk*

**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND OTHER LITIGATION EXPENSES**

    Before the court is the plaintiffs' September 30, 2011 motion for leave to file a reply to defendants' response in opposition to the joint motion to strike the declaration and supplemental declaration of Nancy J. Moore (docket entry 179). For good cause shown, the motion is GRANTED. Plaintiffs have leave to file their reply to defendants' response.

    It is so ORDERED this 11th day of October, 2011.

                              *s/ Samuel H. Mays, Jr.*
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE