IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) ) |
| This Document Relates to: | |
| *In re Regions Morgan Keegan ERISA Litigation*, | |
| No. 2:08-cv-02192-SHM-dvk | |

MDL No. 2:09-md-2009-SHM

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Civil Rule 83.5, Defendants Regions Bank, Regions Financial Corporation, Ken Alderman, Sherry Anthony, Candice Bagby, George W. Bryan, John Buchanan, John Daniel, Sharon Davis, Earnest W. Deavenport, Jr., Alan Deer, Harry Dinken, David B. Edmonds, Irene Esteves, James S.M. French, Christopher Glaub, O.B. Grayson Hall, Jr., Martha Ingram, Ronnie Jackson, Bryan Jordan, Tim Laney, Susan Martinez, Susan W. Matlock, W. Charles Mayer, III, Tusa McNary, Claude Nielsen, C. Dowd Ritter, David Rupp, Jill Shelton, E.W. "Rusty" Stephenson, Lea Stokes, Lee K. Styslinger, III, Tom Thompson, David Turner, Barbara H. Watson, William C. Wells, II, and Alton Yother (hereinafter the "Regions Defendants") respectfully move this Court for entry of an order permitting the withdrawal of Jeffrey A. Lee as counsel of record in this case. Mr. Lee is no longer practicing law with the firm of Maynard, Cooper & Gale, P.C. Granting this relief will not result in any delay in the trial of this case. The Regions Defendants will continue to be represented by

1

William B. Wahlheim, Richard J. Davis, John David Collins, and Grace Robinson Murphy of Maynard, Cooper & Gale, P.C., as well as Thomas F. Fitzgerald, Thomas S. Gigot, and Sarah A. Zumwalt of the Groom Law Group, Chartered.

WHEREFORE, the Regions Defendants respectfully request that the Court enter an order granting Mr. Lee permission to withdraw as counsel in this matter. A proposed order shall be transmitted to the Court via e-mail pursuant to Local Civil Rule 7.2(a)(1)(A).

    Respectfully Submitted,

    MAYNARD, COOPER & GALE

    s/ Richard J. Davis
    William B. Wahlheim, Jr. *(pro hac vice)*
    Richard J. Davis (*pro hac vice*)
    John David Collins *(pro hac vice)*
    1901 Sixth Avenue North, Suite 2400
    Birmingham, AL  35203-2602
    Phone: 205-254-1068
    Fax:     205-254-1999
    Email:
    wwahlheim@maynardcooper.com
    rdavis@maynardcooper.com
    jcollins@maynardcooper.com
    gmurphy@maynardcooper.com

    GROOM LAW GROUP, CHARTERED
    Thomas F. Fitzgerald *(pro hac vice)*
    Thomas S. Gigot *(pro hac vice)*
    Sarah A. Zumwalt *(pro hac vice)*
    1701 Pennsylvania Ave. NW, Suite 1200
    Washington, DC  20006-5811
    Phone: 202-857-0620
    Fax:     202-659-4503
    Email:
    tff@groom.com
    tsg@goom.com
    szumwalt@groom.com

    **COUNSEL FOR THE REGIONS DEFENDANTS**

02244223.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
Williams B. Wahlheim
Richard J. Davis
John David Collins
Grace Robinson Murphy
Suite 2400 Regions/Harbert Plaza
1901 Sixth Avenue, North
Birmingham, Alabama  35203-2602
Telephone:  (205) 254-1000
Fax:  (205) 254-1999
E-mail:  wwahlheim@maynardcooper.com
         rdavis@maynardcooper.com
         jcollins@maynardcooper.com
         gmurphy@maynardcooper.com


GROOM LAW GROUP, CHARTERED
Thomas F. Fitzgerald
Thomas S. Gigot
Sarah A. Zumwalt
1701 Pennsylvania Ave. NW, Suite 1200
Washington, DC  20006-5811
Phone: 202-857-0620
Fax:    202-659-4503
Email:  tff@groom.com
        tsg@groom.com
        szumwalt@groom.com


## CERTIFICATE OF CONSULTATION

The undersigned certifies that on October 20, 2011, he consulted via e-mail with Ellen M. Doyle, Edward J. Feinstein, Derek W. Loeser, Margie E. Wetherald and Karin B. Swope, attorneys for plaintiffs, and Robert E. Craddock and W. Brantley Phillips, Jr., two of the attorneys for co-defendants, none had any objection to this motion.

s/ Richard J. Davis
OF COUNSEL

02244223.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2011, I filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| BASS, BERRY & SIMS PLC<br>Michael L. Dagley (TN#12895)<br>Matthew M. Curley (TN#18613)<br>W. Brantley Phillips, Jr. (TN #18844)<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>(615)742-6200<br>mdagley@bassberry.com<br>mcurley@bassberry.com<br>bphillips@bassberry.com<br><br>*Counsel for Morgan Keegan and Company, Inc., and Morgan Asset Management, Inc.* | WYATT TARRANT & COMBS<br>Robert E. Craddock , Jr. (TN #5826)<br>P.O. Box 775000<br>Memphis, TN 38177-5000<br>901-537-1000<br>Fax: 901-537-1010<br>Email: rcraddock@wyattfirm.com<br><br>*Counsel for Michael Starnes and Kemmons Wilson* |
| KELLER ROHRBACK L.L.P.<br>Lynn L. Sarko (*pro hac vice*)<br>Derek W. Loeser (*pro hac vice*)<br>Margie E. Wetherald (*pro hac vice*)<br>Karin B. Swope (*pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Phone: 206-623-1900<br>Fax:   206-623-3384<br>lsarko@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>mwetherald@kellerrohrback.com<br>kswope@kellerrohrback.com<br><br>*Plaintiffs' Co-Lead Counsel* | STEMBER FEINSTEIN DOYLE &  PAYNE, LLC<br>Ellen M. Doyle (*pro hac vice*)<br>William T. Payne (*pro hac vice*)<br>John Stember (*pro hac vice*)<br>Stephen M. Pincus (*pro hac vice*)<br>Joel R. Hurt (*pro hac vice*)<br>Pamina Ewing (*pro hac vice*)<br>1705 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Phone: 412-281-8400<br>Fax:   412-281-1007<br>edoyle@stemberfeinstein.com<br>wpayne@stemberfeinstein.com<br>jstember@stemberfeinstein.com<br>spincus@stemberfeinstein.com<br>jhurt@stemberfeinstein.com<br>pewing@stemberfeinstein.com<br><br>*Plaintiffs' Co-Lead Counsel* |

                                                              s/  Richard J. Davis
                                                              OF COUNSEL

02244223.1