IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In Re: REGIONS MORGAN KEEGAN
SECURITIES, DERIVATIVE and
ERISA LITIGATION,

This Document Relates to:                                NO. 09-2009 Ma

*In re Regions Morgan Keegan Open-End*
*Mutual Fund Litigation No.: 07-2784-SHM-dvk*

*Landers v. Morgan Asset Management, Inc.*
*08-2260-SHM-dvk*

**ORDER GRANTING MOTION TO WITHDRAW**

    Before the court is the December 15, 2011 motion of Jerome A. Broadhurst on behalf of Timothy J. Becker and Kirsten D. Hedberg of the law firm Zimmerman Reed and Thomas V. Seifert of the law firm of Head Seifert & Vander Weide, PC to withdraw as counsel for plaintiffs (Docket Entry 218).  For good cause shown, the motion is GRANTED and Timothy J. Becker and Kirsten D. Hedberg of the law firm Zimmerman Reed and Thomas V. Seifert of the law firm of Head Seifert & Vander Weide, PC are allowed to withdraw as counsel for plaintiffs.

    It is so ORDERED this <u>21st</u> day of December, 2011.

<u>s/Samuel H. Mays, Jr.</u>
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE