IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION** | )<br>)<br>)<br>)   **No. 2:09-MDL-2009 SMH V** |

This document Relates to:

*In re Regions Morgan Keegan*
*Open-End Mutual Fund Ligitation*,
Master Case No. 2:07-cv-2784 SHM-dkv

*Landers v. Morgan Asset Management, Inc.*
*No. 2:08-cv-02260-SHM-dkv*

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the court is the March 1, 2012 motion for admission *pro hac vice* of Kristen G. Marttila. Ms. Marttila is a member in good standing of the bar of the State of Minnesota, and is admitted to practice before the Supreme Court of Minnesota and the United States District Court for the District of Minnesota. Ms. Marttila has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Kristen G. Marttila is admitted to participate in this action as counsel for Lead Plaintiffs and Derivative Plaintiffs.

It is so ORDERED this <u>1st</u> day of March, 2012.

                                         <u>s/Samuel H. Mays, Jr.</u>
                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE