IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| In re REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) | 2:09-md-2009-SHM |
| This Document Relates to: | ) ) | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation* No. 2:07-cv-02784-SHM-dkv | ) ) ) ) | Case No.: 07-2784  Ma V Case No.: 08-2260  Ma V |
| *Landers v. Morgan Asset Management, Inc.* No. 2:08-cv-02260-SHM-dkv | ) ) | |

**ORDER GRANTING MOTION TO AMEND JOINT MOTION FOR SETTLEMENT**

Before the Court is a joint motion filed by the Lead Plaintiffs in *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, No. 07-2784 (the "Open-End Fund Litigation"), and the Derivative Plaintiffs and the Nominal Defendants (the "Funds") in *Landers v. Morgan Asset Management, Inc.*, No. 08-2260 (the "Derivative Litigation"), on June 24, 2011.  (*See* ECF No. 337 in case No. 07-2784).

Lead Plaintiffs, Derivative Plaintiffs, and Nominal Defendants (collectively, "Movants") request the court to amend their previous motion seeking preliminary approval of partial

settlement in accordance with the terms and conditions of a memorandum of understanding, approval of notice to settlement class members, and final approval of the memorandum of understanding.  (<u>See</u> ECF No. 309 in case No.07-2784, ECF No. 103 in case No. 08-2260.)  For good cause shown, Movants' Motion is GRANTED.

So ordered this 28th day of March, 2012.

<u>/s/Samuel H. Mays, Jr.</u>
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE
