IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) | No. 2:09-md-02009-SHM |
| This Document Relates to: | ) ) ) | |
| *In re Helios Closed-End Fund Derivative Litigation*, No. 2:11-cv-02935-SMH-dvk | ) ) ) | |

### NOTICE OF LEAVE OF ABSENCE

COMES NOW R. Hal Meeks and requests a leave of absence on August 13, 2012 through and including August 17, 2012; showing this Honorable Court, Clerks of Court and Counsel, as grounds therefore that the undersigned will be out of state during this time period for personal and family obligations.

Hal Meeks hereby certifies that he is lead counsel of record for Defendant Carter E. Anthony, and to his knowledge the case(s) are neither on a published calendar for court appearance, nor noticed for a hearing during the time requested for the leave of absence.

All Judges, Clerks and Counsel for each of the parties in the above-captioned matter(s) have been served with a copy of this Notice and shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This _30th_ day of April, 2012.

PURSLEY LOWERY MEEKS LLP

/s/ R. HAL MEEKS, JR.

260 Peachtree Street, NW
Suite 2000
Atlanta, GA 30303
(404) 880-7180

R. Hal Meeks, Jr.
Georgia Bar No. 500825
hmeeks@plmllp.com
*Attorney for Defendant Carter E. Anthony*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Notice of**

**Leave of Absence** with the Clerk of Court using the CM/ECF system which will

automatically send email notification of such filing to the following attorneys of record:

**BRAMLETT LAW OFFICES**
PAUL KENT BRAMLETT
ROBERT PRESTON BRAMLETT
2400 Crestmoor Road
P.O. Box 150734
Nashville, TN

**BARROWAY TOPAZ KESSLER
MELTZER & CHECK LLP**
ERIC L. ZAGAR
ROBIN WINCHESTER
TARA P. KAO
280 King of Prussia Road
Radnor, PA 19087

**PAUL HASTINGS JANOFSKY &
WALKER LLP**
KEVIN C. LOGUE
75 E. 55th Street
New York, NY  10022

**SUTHERLAND ASBILL
 & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA  30309

**BASS, BERRY & SIMS PLC**
SHEPHERD D. TATE
MICHAEL A. BRADY
100 Peabody Place, Suite 900
Memphis, Tennessee   38103-3672

**BASS BERRY SIMS**
MICHAEL L. DAGLEY
MATTHEW M. CURLEY
BRITT K. LATHAM
W. BRANTLEY PHILLIPS, JR.
150 Third Avenue South; Suite 2800
Nashville, TN 37201

This 30th day of April, 2012.

PURSLEY LOWERY MEEKS LLP


260 Peachtree Street, NW
Suite 2000
Atlanta, GA  30303
(404) 880-7180
(404) 880-7199 – fax

/s/ R. HAL MEEKS, JR.
R. Hal Meeks, Jr.
Georgia Bar No. 500825
hmeeks@plmllp.com
*Attorney for Carter E. Anthony*