# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | MDL Docket No. 2009 |
| This Document Relates to: | Judge Samuel H. Mays, Jr. |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, No. 2:07-cv-02784-SHM-dkv | Magistrate Judge Diane K. Vescovo |
| | Oral Argument Requested |

## LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT PURSUANT TO RULE 15(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ZIMMERMAN REED, P.L.L.P.**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400

**APPERSON CRUMP PLC**
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3972
(901) 260-5133 direct

*Attorneys for Lead Plaintiffs*

446279.1

## Motion

Come now Lead Plaintiffs, [1] by their counsel, and move this Court for leave to amend Lead Plaintiffs' Consolidated Amended Class Action Complaint ("CAC" [ECF No. 218]) pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure ("Motion for Leave to Amend") on the basis that (1) subsequent to the entry of the Court's September 30, 2012 Order Granting in Part and Denying in Part Defendants' Motions to Dismiss ("1934 Act Dismissal Order" [ECF No. 272]) there was a change in the controlling law in the Sixth Circuit that Courts are to follow in evaluating and determining scienter allegations, and (2) new evidence supporting a strong inference of scienter on the part of Defendants became available to Plaintiffs after they filed the CAC.

## Memorandum

Lead Plaintiffs' Memorandum in Support of Motion for Leave to Amend Consolidated Amended Class Action Complaint Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure is being **filed under seal** ("Memorandum in Support") as is the [Proposed] Second Consolidated Amended Class Action Complaint.

In its 1934 Act Dismissal Order, the Court dismissed Plaintiffs' claims under §§ 10(b) and 20 of the Securities Exchange Act of 1934 ("1934 Act claims") on the grounds that Plaintiffs did not plead facts giving rise to a "strong inference" of scienter, as required by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In its December 30, 2010 Order ("Recon. Order" [ECF No. 291]), the Court denied the parties' motions for reconsideration of the 1934 Act Dismissal Order. Plaintiffs Memorandum in Support, which is being filed under seal contemporaneously herewith, addresses the change in law in the Sixth Circuit concerning the scienter analysis that is to be employed by a Court when considering 1934 Act claims, Plaintiffs' failure to clearly identify the defendants on the 1934 Act claims, and new facts that have become known to Plaintiffs since the filing of the CAC that, taken together with the factual allegations in the CAC,

---

[1] Lead Plaintiffs, the "RMK Open-End Funds Group," are the Kathryn S. Cashdollar Estate, Dajalis Ltd., Jeanette H. Landers, H. Austin Landers, and Frank D. Tutor.

# (continued)

give rise to a strong inference of scienter.

### Certificate of Consultation

Pursuant to Rule LR7.2(a)(1)(B) of the Local Rules of the United States District Court for the Western District of Tennessee, filed herewith is a Certificate of Consultation with Counsel affirming that counsel for Plaintiffs and Defendants have consulted with one another concerning this Motion for Leave to Amend. As stated in the Certificate of Consultation, Defendants oppose Plaintiffs' Motion for Leave to Amend.

### Proposed Order

A proposed Order granting this Motion for Leave to Amend is being forwarded to the Court by e-mail transmission in accordance with the requirements of LR7.2(a)(1)(A).

DATED: June 6, 2012

Respectfully submitted,

**APPERSON CRUMP PLC**

s/ *Jerome A. Broadhurst*
Jerome A. Broadhurst, TN BPR 12529
Charles D. Reaves, TN BPR 22550
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954
(901) 260-5133 direct
(901) 435-5133 fax
jbroadhurst@appersoncrump.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Vernon J. Vander Weide
Gregg M. Fishbein
Kristen G. Marttila
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
gmfishbein@locklaw.com

                **ZIMMERMAN REED P.L.L.P.**
Carolyn G. Anderson
Patricia A. Bloodgood
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55401
Tel: (612) 341-0400
Fax: (612) 341-0844
cga@zimmreed.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 6, 2012, the foregoing document was filed with the Clerk of Court by using the CM/ECF system, which system will send a notice of the electronic filing of same to the following:

    Shepherd D. Tate, Esq.
    Michael A. Brady, Esq.
    **Bass, Berry, & Sims, PLC**
    100 Peabody Place, Suite 900
    Memphis, TN 38103-3672

    Michael L. Dagley, Esq.
    Britt K. Latham
    W. Brantley Phillips, Jr.
    **Bass, Berry, & Sims, PLC**
    150 Third Avenue South, Ste. 2800
    Nashville, TN 37201

    David B. Tulchin
    David E. Swarts
    **Sullivan & Cromwell, LLP**
    125 Broad Street
    New York, NY 10004

    S. Lawrence Polk, Esq.
    **Sutherland Asbill & Brennan LLP**
    999 Peachtree Street, NE
    Atlanta, GA 30309-3996

    Jeffrey Maletta, Esq.
    Nicole A. Baker

**K & L Gates**
1601 K Street NW
Washington, DC 20006
Emily Nicklin, Esq.
Timothy A. Duffy
Kristopher Ritter
Devon M. Largio
**Kirkland & Ellis**
300 North LaSalle Street
Chicago, IL 60654

Leo Maurice Bearman, Jr.
Eugene J. Podesta, Jr.
**Baker Donelson Bearman Caldwell & Berkowitz**
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Peter S. Fruin
Scott S. Brown, Esq.
**Maynard Cooper & Gale PC**
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

R. Hal Meeks, Jr.
**Pursley Lowery Meeks LLP**
260 Peachtree Street, NW
Suite 2000
Atlanta, GA 30303

John McQuiston, II
**Evans Petree, PC**
1000 Ridgeway Loop Rd., Ste. 200
Memphis, TN 38120

Luther M. Dorr, Jr.
Maibeth J. Porter
**Maynard Cooper & Gale, PC**
AmSouth/Harbert Plaza
1901 6th Avenue North, Ste. 2400
Birmingham, AL 35203

Kevin C. Logue
**PAUL, HASTINGS LLP**
75 East 55th Street
New York, NY 10022

<u>s/ Jerome A. Broadhurst</u>  
Jerome A. Broadhurst