IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND ERISA LITIGATION

This Document Relates to:

MDL DOCKET NO.: 2:09-md-02009-shm

IN RE: REGIONS MORGAN KEEGAN OPEN-END MUTUAL FUND LITIGATION
NO.: 2:07-cv-02784-SHM-dkv

Judge Samuel Mays, Jr.

Magistrate Judge Diane K. Vescovo

AND

LANDERS v. MORGAN ASSET MANAGEMENT, INC..
NO.: 2:08-cv-02260-SHM-dkv

---

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

Before the court is the May 16, 2012 motion to permit the withdrawal of Martin Zummach as counsel of record in the above referenced actions.

For good cause shown, the motion is GRANTED and Martin Zummach is permitted to withdraw as counsel of record.

SO ORDERED this 3rd day of July, 2012.

***s/ Samuel H. Mays, Jr.***
SAMUEL H. MAYS, JR.,
UNITED STATES DISTRICT JUDGE