# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | MDL Docket No. 2009 |
| This Document Relates to: | Judge Samuel H. Mays, Jr. |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation,* No. 2:07-cv-02784-SHM-dkv | Magistrate Judge Diane K. Vescovo |

## LEAD PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT AND MEMORNADUM IN SUPPORT

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
(612) 339-6900


**APPERSON CRUMP PLC**
6070 Poplar Avenue
Sixth Floor
Memphis, TN 38119
(901) 756-6300


**ZIMMERMAN REED, P.L.L.P.**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400


*Attorneys for Lead Plaintiffs*

446279.1

## Motion

Come now Lead Plaintiffs, [1] in *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, Case No. 2:07-cv-02784-SHM-dkv (the "*Class Action*"), by their counsel, and respectfully move this Court for leave to exceed the page limit set forth in Local Rule 7.2(e) in filing their memorandum in support of their proposed Motion for Preliminary Approval of Class Settlement and Providing for Notice (the "Class Settlement Preliminary Approval Motion"), which Lead Plaintiffs will be filing with the Court seeking the Court's preliminary approval of the proposed settlement in the *Class Action* ("Class Settlement") and certification of the class for settlement purposes (the "Settlement Class").  Counsel for Lead Plaintiffs request the Court to grant them leave to file a memorandum in support of the Class Settlement Preliminary Approval Motion ("Class Settlement Preliminary Approval Memorandum") of up to 30 pages in length. See ECF No. 411 in Case No. 07-2784 wherein Lead Plaintiffs notified the Court that Lead Plaintiffs and Defendants in the Class Action have agreed to terms for settling the Class Action, subject to this Court's approval.

## Memorandum in Support

Pursuant to LR 7.2(e) of the Local Rules of the United States District Court for the Western District of Tennessee, unless otherwise ordered by the Court, memoranda in support of motions shall not exceed 20 pages in length.  Due to the complexity of the *Class Action*, the complex nature of the issues to be addressed concerning the proposed settlement of the *Class Action*,  and the many important points to be addressed in the Class Action Preliminary Approval Memorandum, such as:  (i) the reasonableness of the proposed Class Settlement, (ii) the adequacy of the proposed Class Settlement, (iii) the forms and methods to be approved for disseminating notice to the Settlement Class, and (iv) the appointment of a claims administrator to administer the Class Settlement, as well

---

[1] Lead Plaintiffs are the Kathryn S. Cashdollar Estate, Dajalis Ltd., Jeanette H. Landers, H. Austin Landers, and Frank D. Tutor.

as numerous other important matters to be addressed  in the Class Settlement Preliminary Approval Memorandum, Lead Plaintiffs request permission to file a Class Settlement Preliminary Approval Memorandum of up to thirty (30) pages in length in support of their Class Settlement Preliminary Approval Motion.

## Certificate of Consultation

Pursuant to Rule LR7.2(a)(1)(B) of the Local Rules of the United States District Court for the Western District of Tennessee, filed herewith is a Certificate of Consultation with Counsel affirming that counsel for Plaintiffs and Defendants have consulted with one another concerning this Motion for Leave to Exceed Page Limitation. As stated in the Certificate of Consultation, Defendants do not oppose Plaintiffs' Motion.

## Proposed Order

A proposed Order granting this Motion for Leave to Exceed Page Limitation is being forwarded to the Court by e-mail transmission in accordance with the requirements of LR7.2(a)(1)(A).

DATED:  January  20, 2015                    Respectfully submitted,


**APPERSON CRUMP PLC**

s/ *Jerome A. Broadhurst*
Jerome A. Broadhurst, TN BPR 12529
Charles D. Reaves, TN BPR 22550
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954
(901) 260-5133 direct
(901) 435-5133 fax
jbroadhurst@appersoncrump.com

*Liaison Counsel for  Plaintiffs*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Vernon J. Vander Weide
Gregg M. Fishbein
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401

3

Tel:  (612) 339-6900
Fax:  (612) 339-0981
gmfishbein@locklaw.com

*Lead Counsel for Plaintiffs*

**ZIMMERMAN REED P.L.L.P.**
Carolyn G. Anderson
Patricia A. Bloodgood
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55401
Tel: (612) 341-0400
Fax: (612) 341-0844
cga@zimmreed.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2015, the foregoing document was filed with the Clerk of Court by using the CM/ECF system, which system will send a notice of the electronic filing of same to the following:

Shepherd D. Tate, Esq.
Michael A. Brady, Esq.
**Bass, Berry, & Sims, PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672

Michael L. Dagley, Esq.
Britt K. Latham
W. Brantley Phillips, Jr.
**Bass, Berry, & Sims, PLC**
150 Third Avenue South, Ste. 2800
Nashville, TN 37201

4

David B. Tulchin
David E. Swarts
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004


S. Lawrence Polk, Esq.
**Sutherland Asbill & Brennan LLP**
999 Peachtree Street, NE
Atlanta, GA 30309-3996
Jeffrey Maletta, Esq.
Nicole A. Baker
**K & L Gates**
1601 K Street NW
Washington, DC 20006
Emily Nicklin, Esq.
Timothy A. Duffy
Kristopher Ritter
Devon M. Largio
**Kirkland & Ellis**
300 North LaSalle Street
Chicago, IL 60654


Leo Maurice Bearman, Jr.
Eugene J. Podesta, Jr.
**Baker Donelson Bearman Caldwell
& Berkowitz**
165 Madison Avenue, Suite 2000
Memphis, TN 38103


Peter S. Fruin
Scott S. Brown, Esq.
**Maynard Cooper & Gale PC**
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203


R. Hal Meeks, Jr.
**Pursley Lowery Meeks LLP**
260 Peachtree Street, NW
Suite 2000
Atlanta, GA 30303

Luther M. Dorr, Jr.
Maibeth J. Porter
**Maynard Cooper & Gale, PC**
AmSouth/Harbert Plaza
1901 6th Avenue North, Ste. 2400
Birmingham, AL 35203

Kevin C. Logue
**PAUL, HASTINGS LLP**
75 East 55th Street
New York, NY 10022

s/ Jerome A. Broadhurst
Jerome A. Broadhurst
