**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br>This Document Relates to:<br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, No. 2:07-cv-02784-SHM-dkv<br>and<br>*Landers* v. *Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SHM-dkv | No. 2:09-md-02009-SHM<br>Judge Samuel H. Mays, Jr.<br>Magistrate Judge Diane K. Vescovo |

**ORDER GRANTING PLAINTIFFS' AND FUNDS' UNOPPOSED JOINT MOTION SEEKING APPROVAL OF THEIR WITHDRAWAL OF (1) PLAINTIFFS' AND FUNDS' JOINT MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT OF CLASS ACTION AND (2) PLAINTIFFS' AND FUNDS' JOINT MOTION FOR APPROVAL OF THE AMENDED MEMORANDUM OF UNDERSTANDING**

Before the Court is Plaintiffs' and Funds' January 20, 2015 Unopposed Joint Motion in In re Regions Morgan Keegan Open-End Mutual Fund Litigation, No. 07-2784 (the "Open-End Funds Class Action") and in Landers v. Morgan Asset Management, Inc., No. 08-2260 (the "Derivative Action") seeking this Court's approval of their withdrawal of (1) Plaintiffs' and Funds' Joint Motion for Preliminary Approval of Partial Settlement of Class Action and (2) Plaintiffs' and Funds' Joint Motion for Approval of the Amended Memorandum of Understanding. (See ECF No. 411 in case No. 07-2784, the Open-End Funds Class Action; and ECF No. 172 in case No. 08-2260, the Derivative Action.)

Lead Plaintiffs, Derivative Plaintiffs, and the Funds (collectively, "Movants") have informed the Court that they have agreed to the terms of a settlement with Defendants that disposes of all claims in the Open-End Funds Class Action and the Derivative Action. Consequently, Movants request this Court to approve the withdrawal of their pending

motions seeking preliminary approval of a partial settlement ("Partial Settlement") of the Open-End Funds Class Action in accordance with the terms and conditions of an amended memorandum of understanding ("AMOU"), approval of notice to settlement class members, and final approval of the AMOU. (See ECF Nos. 337 and 384 in Case No.07-2784 and ECF Nos. 126 and 160 in Case No. 08-2260.) For good cause shown, Movants' Joint Motion is GRANTED, and the Plaintiffs' and Funds' prior motions seeking approval of the Partial Settlement and the AMOU are hereby withdrawn.

**SO ORDERED**, this 21st day of January, 2015

s/ Samuel H. Mays, Jr.
Honorable Samuel H. Mays, Jr.
United States District Judge for the Western District of Tennessee