**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | MDL Docket No. 2009 |
| | Judge Samuel H. Mays, Jr. |
| This Document Relates to: *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, No. 2:07-cv-02784-SHM-dkv | Magistrate Judge Diane K. Vescovo |

**LEAD PLAINTIFFS' NOTICE OF ERRATA RE THE STIPULATION AND AGREEMENT OF CLASS SETTLEMENT ATTACHED AS EXHIBIT 1 TO THE DECLARATION OF GREGG M. FISHBEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLE-MENT AND CLASS CERTIFICATION (CASE NO. 07-2784 ECF No. 415-1)**

To: All Parties

Please take notice that on January 22, 2015, Lead Plaintiffs filed their Unopposed Motion and Memorandum of Law in Support for Preliminary Approval of Proposed Class Settlement and Class Certification (the "Class Settlement Motion," Case No. 07-2784 ECF No. 415), together with the Declaration of Gregg M. Fishbein in Support of the Class Settlement Motion (the "Fishbein Decl.," Case No. 07-2784 ECF No. 415-1). Attached as Exhibit 1 to the Fishbein Decl. was a conformed copy of the Stipulation and Agreement of Class Settlement between the parties (the "Class Settlement Agreement," Case No. 07-2784 ECF No. 415-1 at pp. 6-58).

The signature block for attorney S. Lawrence Polk and the Sutherland Asbill & Brennan law firm in the Class Settlement Agreement inadvertently omitted names of four Officer Defendants (as defined in the Class Settlement Agreement) who are

represented in this matter by S. Lawrence Polk and the Sutherland Asbill & Brennan firm. The four Officer Defendants whose names were inadvertently omitted are: G. Douglas Edwards, Charles D. Maxwell, David M. George, and Thomas R. Gamble. Their names have been added to correct the Sutherland Asbill & Brennan signature block in the Class Settlement Agreement. The addition of their names to correct the Sutherland Asbill & Brennan signature block resulted in the re-alignment of the signature blocks on pages 51, 52, and 53 of the Class Settlement Agreement (ECF No. 415-1 pp. 56, 57 and 58, respectively). Attached as Exhibit A to this Notice are the corrected replacements for said signature pages numbered 51, 52, and 53 in the Class Settlement Agreement.

Dated: January 28, 2015

Respectfully submitted,

**APPERSON CRUMP PLC**

*s/ Jerome A. Broadhurst*

Jerome A. Broadhurst, TN BPR 12529
Charles D. Reaves, TN BPR 22550
6070 Poplar Avenue, Sixth Floor
Memphis, TN 38119-3954
Tel : 901-756-6300
Fax : 901-435-5133
jbroadhurst@appersoncrump.com

***Liaison Counsel for Lead Plaintiffs***

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Richard A. Lockridge
Vernon J. Vander Weide
Gregg M. Fishbein
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
gmfishbein@locklaw.com

***Lead Counsel for Lead Plaintiffs***

**ZIMMERMAN REED, P.L.L.P.**
Carolyn G. Anderson
Patricia A. Bloodgood
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-341-0400
Fax: 612-341-0844
Carolyn.Anderson@zimmreed.com

***Additional Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 28th day of January, 2015, a true and correct copy of the forgoing document was served by electronic means via e-mail transmission (including the Court's ECF System) on the following:

Shepherd D. Tate, Esq.
Michael A. Brady, Esq.
**Bass, Berry, & Sims, PLC**
100 Peabody Place, Suite 900
Memphis, TN 38103-3672

Michael L. Dagley, Esq.
Britt K. Latham, Esq.
W. Brantley Phillips, Jr., Esq.
**Bass, Berry, & Sims, PLC**
150 Third Avenue South, Ste. 2800
Nashville, TN 37201

David B. Tulchin, Esq.
David E. Swarts, Esq.
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004

S. Lawrence Polk, Esq.
**Sutherland Asbill & Brennan LLP**
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Jeffrey Maletta, Esq.
Nicole A. Baker, Esq.
**K & L Gates**
1601 K Street NW
Washington, DC 20006

Emily Nicklin, Esq.
Timothy A. Duffy, Esq.
Kristopher Ritter, Esq.
Devon M. Largio, Esq.
**Kirkland & Ellis**
200 East Randolph Dr., Ste. 5400
Chicago, IL 60601-6636

Leo Maurice Bearman, Jr., Esq.
Eugene J. Podesta, Jr., Esq.
**Baker Donelson Bearman Caldwell & Berkowitz**
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Peter S. Fruin, Esq.
Scott S. Brown, Esq.
Luther M. Dorr, Jr., Esq.
Maibeth J. Porter, Esq.
**Maynard Cooper & Gale PC**
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

R. Hal Meeks, Jr., Esq.
Amanda N. Wilson, Esq.
**James Bates Brannan Grover LLP**
3339 Peachtree Street, NE
Suite 1700
Atlanta, GA 30326

Kevin C. Logue, Esq.
**PAUL, HASTINGS LLP**
75 East 55th Street
New York, NY 10022

s/ Jerome A. Broadhurst
Jerome A. Broadhurst

# EXHIBIT A

Birmingham, AL 35203
Tel: (205) 254-1000
Fax: (205) 254-1999
pfruin@maynardcopper.com

**SULLIVAN & CROMWELL LLP**

David B. Tulchin
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
tulchind@sullcrom.com

***Counsel for Defendants Regions Financial Corporation, Regions Bank and Morgan Asset Management, Inc.***

**BASS BERRY & SIMS PLC**
s/ *Britt K. Latham*
Britt K. Latham
W. Brantley Phillips, Jr.
Joseph B. Crace, Jr.
blatham@bassberry.com
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: 615-742-6200
Fax: 615-742-2803
blatham@bassberry.com

**BASS BERRY & SIMS PLC**

Shepherd D. Tate
Michael A. Brady
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
Tel: (901) 543-5900
Fax: (901) 543-5999
state@bassberry.com

***Counsel for Defendant Morgan Keegan & Co., Inc. and MK Holding, Inc.***

**KIRKLAND & ELLIS LLP**
*s/ Timothy A. Duffy*
Timothy A. Duffy
Emily Nicklin
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
tduffy@kirkland.com

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**

Leo M. Bearman
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Tel: (901) 526-2000
Fax: (901) 577-2303
lbearman@bakerdonelson.com

***Counsel for Defendant PricewaterhouseCoopers LLP***

**K & L GATES LLP**
*s/ Jeffrey B. Maletta*
Jeffrey B. Maletta
Nicholas G. Terris
Nicole A. Baker
1601 K Street NW
Washington, DC 20006
Tel: (202) 778-9000
Fax: (202) 778-9100
jeffrey.maletta@klgates.com

***Counsel for Jack R. Blair, Albert C. Johnson, James Stillman R. McFadden, William Jefferies Mann, W. Randall Pittman, Mary S. Stone, and Archie W. Willis, III***

**JAMES BATES BRANNAN & GROOVER LLP**
*s/ R. Hal Meeks, Jr.*
R. Hal Meeks, Jr.
3399 Peachtree Rd. NE
Suite 1700
Atlanta, GA 30326
Tel: (404) 997-6020
Fax: (404) 997-6021
hmeeks@jamesbatesllp.com

***Counsel for Carter E. Anthony***

**SUTHERLAND ASBILL & BRENNAN LLP**
*s/ S. Lawrence Polk*
S. Lawrence Polk
999 Peachtree Street, NE
Atlanta, GA 30309-3996
Tel: (404) 853-8225
Fax: (404) 853-8806
larry.polk@sutherland.com

***Counsel for Allen B. Morgan, Jr., J. Kenneth Alderman, Brian B. Sullivan, Joseph C. Weller, James C. Kelsoe, Jr., J. Thompson Weller, Michelle F. Wood, David H. Tannehill, G. Douglas Edwards, Charles D. Maxwell, David M. George and Thomas R. Gamble***