**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION<br><br>This Document Relates to:<br><br>*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, No. 2:07-cv-02784-SHM-dkv<br>and<br>*Landers* v. *Morgan Asset Management, Inc.*, No. 2:08-cv-02260-SHM-dkv | MDL Docket No. 2:09-md-02009-SHM |

---

**ORDER GRANTING MOTION TO WITHDRAW**

---

Before the Court is the September 16, 2015 motion of Plaintiffs to permit attorney Patricia A. Bloodgood to withdraw as counsel of record in the above actions. For good cause shown, the motion is GRANTED and Patricia A. Bloodgood is permitted to withdraw as counsel for Plaintiffs.

SO ORDERED this 17th day of September, 2015.

***s/ Samuel H. Mays, Jr.***
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE